Perry J. Woodward, Esq. (SBN 183876)
Mark W. Good, Esq. (SBN 218809)
Summer J. Martin, Esq. (SBN 254168)
TERRA LAW LLP
177 Park Avenue, Third Floor
San Jose, California 95113
(408) 299-1200

Attorneys for Plaintiffs
Rick Yu and Serlyn Yu

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK YU, SERLYN YU, | Case No. C08-01771-RMW-PVT |
| Plaintiffs, | [Assigned to Magistrate Patricia V. Trimball] |
| vs. | PLAINTIFFS' DEMAND FOR JURY TRIAL |
| UTAH FINANCIAL, INC., a California corporation, GREENPOINT MORTGAGE FUNDING, INC., a California corporation, DAVID L. SMITH, WAYNE MORRISON, and DOES 1 through 20, inclusive, | |
| Defendants. | |

To the Clerk of the above-entitled Court and to Defendants and their attorneys of record:

Plaintiffs Rick Yu and Serlyn Yu hereby demand a trial by jury in the above-captioned action.

Dated: April 10, 2008                                TERRA LAW LLP

                                                     By: /s/ Summer J. Martin
                                                     Summer J. Martin
                                                     Attorneys for Plaintiffs Rick and Serlyn Yu

#1153595

1

PLAINTIFFS' DEMAND FOR JURY TRIAL

# PROOF OF SERVICE

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 177 Park Avenue, 3rd Floor, San Jose, California 95113. On the date set forth below I served the documents described below:

**PLAINTIFFS' DEMAND FOR JURY TRIAL**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Ronal M. Arlas, Esq.<br>ARLAS & SMITHTON<br>100 Wood Hollow Drive<br>Novato, CA 94945 | Edward R. Buell III, Esq.<br>GREEN POINT MORTGAGE FUNDING, INC.<br>100 Wood Hollow Drive<br>Novato, CA 94945 |
| Leigh Johnson/Agent for Service<br>UTAH FINANCIAL, INC.<br>455 Mall, Suite 217<br>Sacramento, CA 95814 | David L. Smith<br>189 East Fort Union Blvd.<br>Midvale, Utah 84047 |
| Wayne Morrison<br>189 East Fort Union Blvd.<br>Midvale, Utah 84047 | |

☒ (BY U.S. MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to each facsimile machine number listed above.

☐ (BY FEDERAL EXPRESS) I caused such envelope(s) with postage thereon fully prepaid to be placed in the Federal Express office at San Jose, California.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 10, 2008, at San Jose, California.

_____
Lisa Murphy