1  Perry J. Woodward, Esq. (SBN 183876)
   Mark W. Good, Esq. (SBN 218809)
2  Summer J. Martin, Esq. (SBN 254168)
   TERRA LAW LLP
3  177 Park Avenue, Third Floor
   San Jose, California 95113
4  (408) 299-1200

5  Attorneys for Plaintiffs
   Rick Yu and Serlyn Yu

6

7

8

9              UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | RICK YU, SERLYN YU,                        | Case No. C08-01771-RMW-PVT
12 |              Plaintiffs,                   | [Assigned to Magistrate Patricia V. Trimball]
13 |     vs.                                    | PROOF OF SERVICE OF SUMMONS
14 | UTAH FINANCIAL, INC., a California
     corporation, GREENPOINT MORTGAGE
15   FUNDING, INC., a California corporation,
     DAVID L. SMITH, WAYNE MORRISON,
16   and DOES 1 through 20, inclusive,
17                Defendants.

#1153595                          1

| | POS-010 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Summer J. Martin<br>Terra Law, LLP<br>177 Park Avenue, Third Floor<br>San Jose, CA 95113<br>TELEPHONE NO.: 408/299-1200   FAX NO. (Optional): 408/998-4895<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | FOR COURT USE ONLY<br><br>ENDORSED<br>2008 APR -9 P 3:45<br>[court stamp] |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 191 N. First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME:

PLAINTIFF/PETITIONER: RICK YU, SERLYN YU

DEFENDANT/RESPONDENT: UTAH FINANCIAL, INC.; GREENPOINT MORTGAGE FUNDING, INC.; DAVID L. SMITH; WAYNE MORRISON

CASE NUMBER: 10SCV107327

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet (served in complex cases only)
   e. ☐ cross-complaint
   f. ☑ other (specify documents): Civil Lawsuit Notice and Management Statement

3. a. Party served (specify name of party as shown on documents served): David L. Smith

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served: Utah Financial, Inc., 189 E. Fort Union Blvd., Midvale, UT 84047

5. I served the party (check proper box)
   a. ☑ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 3-26-08   (2) at (time): 11:15am
   b. ☐ by substituted service. On (date):   at (time):   I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):
      (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):   from (city):   or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 1 of 2
Code of Civil Procedure, § 417.10
American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF/PETITIONER: RICK YU, SERLYN YU | CASE NUMBER: 10SCV107327 |
|---|---|
| DEFENDANT/RESPONDENT: WMA FINANCIAL, INC.; GREENPOINT MORTGAGE FUNDING, INC.; DAVID L. SMITH; WAYNE MORRISON | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):                       (2) from (city):

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** (specify means of service and authorizing code section):

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as occupant.
   d. ☐ On behalf of (specify):
     under the following Code of Civil Procedure section:
       ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                             ☐ other:

7. Person who served papers
   a. Name: Sharla Christensen
   b. Address: ICU Investigations, 473 S. River Road, #1-275, St. George, UT 84790
   c. Telephone number: 435/ 986-1200
   d. The fee for service was: $
   e. I am:
     (1) ☑ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☐ a registered California process server:
       (i) ☐ owner ☐ employee ☐ independent contractor.
       (ii) Registration No.:
       (iii) County:

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

8. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:

Sharla Christensen
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

                                                                               */s/ Sharla Christensen*
                                                                                     (SIGNATURE)