1  ADLESON, HESS & KELLY, APC
   Phillip M. Adleson, Esq. (CSB# 69957)
2  padleson@ahk-law.com
   Duane W. Shewaga, Esq.  (CSB# 116837)
3  dshewaga@ahk-law.com
4  577 Salmar Avenue, Second Floor
   Campbell, California  95008
5  Telephone:  (408) 341-0234
   Facsimile:  (408) 341-0250
6
7  Attorneys for Defendants
   UTAH FINANCIAL, INC.
8  DAVID L. SMITH
   WAYNE MORRISON
9

10              **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA**

12                   **(San Jose Division)**

13

14  RICK YU and SERLYN YU,                    Case No.:  C 08-01771-RMW

15           Plaintiffs,                      **DEFENDANTS UTAH FINACIAL, INC.'S,
                                              DAVID L. SMITH'S AND WAYNE**
16  vs.                                       **MORRISON'S REQUEST FOR JUDICIAL
                                              NOTICE IN SUPPORT OF THEIR MOTION**
17  UTAH FINANCIAL, INC., erroneously sued    **TO DISMISS PURSUANT TO RULE**
    as a California corporation; GREENPOINT   **12(b)(6)**
18  MORTGAGE FUNDING, INC.; DAVID L.
    SMITH, WAYNE MORRISON, et al.,

19           Defendants.                      Date:       May 30, 2008
                                              Time:       9:00 a.m.
20                                            Courtroom:  6 (4th Floor)
                                              Judge:      Hon. Ronald M. Whyte
21

22       **COMES NOW** defendants Utah Financial, Inc., David L. Smith and Wayne Morrison

23  who request that the court take judicial notice of the following matters which are of public

24  record in support of their motion to dismiss pursuant to Rule 12(b)(6) as follows:

25       1.  Judicial notice is hereby requested of plaintiffs' complaint filed in the Superior Court

26  of the County of Santa Clara filed in the matter of *Rick Yu, et al. v. Utah Financial Inc. et al.*,

27  Case No. 1-08-CV-107327, which was removed by defendant Greenpoint Mortgage Funding,

28  Inc. to this court, a copy of which is attached hereto as Exhibit "A."

ADLESON, HESS
& KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM
©ADLESON, HESS &
KELLY, APC, 2003

1    2.  Judicial notice is hereby requested of entries on the Santa Clara County

2  Recorder's grantor/grantee index available online at www.clerkrecordsearch.org regarding

3  plaintiff Rick Yu, a copy of which is attached hereto as Exhibit "B."

4    3.  Judicial notice is hereby requested of the records of the California Department of

5  Real Estate indicating that Rick Yu is a licensed real estate salesperson available online at

6  http://www2.dre.ca.gov/PublicASP/pplinfo.asp, a copy of which is attached hereto as Exhibit

7  "C."

8

9  Dated:  April 15, 2008                              Respectfully submitted,

10                                                                ADLESON, HESS & KELLY,
                                                                  A Professional Corporation
11

12                                                      By:    /s/  Duane W. Shewaga
                                                                  Phillip M. Adleson, Esq.
13                                                                Duane W. Shewaga, Esq.
                                                                  Attorneys for Defendants
14                                                                Utah Financial, Inc., David Smith,
                                                                  and Wayne Morrison
15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADLESON, HESS
& KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM
©ADLESON, HESS &
KELLY, APC, 2003

# EXHIBIT "A"

1  Perry J. Woodward, Esq. (SBN 183876)
   Mark W. Good, Esq. (SBN 218809)
2  Summer J. Martin, Esq. (SBN 254168) →
   TERRA LAW LLP
3  177 Park Avenue, Third Floor
   San Jose, California 95113
4  (408) 299-1200

5  Attorneys for Plaintiffs
   Rick Yu and Serlyn Yu

6

7

8

9                SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                         SANTA CLARA COUNTY

11  RICK YU, SERLYN YU,                    Case No. 1 0 8 C V 1 0 7 3 2 7

12              Plaintiffs,               **COMPLAINT** for:

13       vs.                              1)  Breach of Fiduciary Duty;

14  UTAH FINANCIAL, INC., a California     2)  Negligent Misrepresentation;
    corporation, GREENPOINT MORTGAGE
15  FUNDING, INC., a California corporation, 3)  Intentional Misrepresentation;
    DAVID L. SMITH, WAYNE MORRISON,
16  and DOES 1 through 20, inclusive,      4)   Violation of  Real Estate Settlement
                                              Procedures Act (RESPA);
17              Defendants.
                                          5)  Violation of Business and Professions
18                                            Code section 17200, et seq.

19

20

21  Plaintiffs, Rick Yu and Serlyn Yu allege as follows:

22                         <u>General Allegations</u>

23       1.      Plaintiffs Rick Yu and Serlyn Yu (hereinafter "Yu") are individuals residing in

24  Santa Clara County, California.

25       2.      On information and belief, defendant Utah Financial, Inc. (hereinafter "Utah

26  Financial") is a California corporation, registered as a Mortgage Banker with the Department of

27  Corporations, and was the Mortgage Broker at all times referenced herein.

28       3.      On information and belief, defendant Wayne Morrison (hereinafter "Morrison")

#1151919                                1
COMPLAINT FOR BREACH OF FIDUCIARY DUTY, NEGLIGENT MISREPRESENTATION, INTENTIONAL
MISREPRESENTATION, VIOLATION OF REAL ESTATE SETTLEMENT PROCEDURES ACT, VIOLATION OF
BUSINESS AND PROFESSIONS CODE SECTION 17200 ET. SEQ.

# EXHIBIT "A"

ENDORSED

2000 MAR -4 P 3: 36

KIRI TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF SANTA CLARA, CALIFORNIA
BY _____
      A. Atlas

1  is an employee of Utah Financial, and is licensed with the Utah Department of Real Estate as a

2  mortgage lender agent, license number 5555431-MLAF.

3      4.      On information and belief, defendant David L. Smith (hereinafter "Smith") is an

4  employee of Utah Financial, and is licensed with the Utah Department of Real Estate as a

5  mortgage lender agent, license number 5619662-MLAF.

6      5.      On information and belief, defendant GreenPoint Mortgage Funding, Inc.

7  (hereinafter "GreenPoint") is a California corporation with its principal place of business in

8  Novato, Marin County, California.

9      6.      Does 1 through 20, inclusive, are sued herein under fictitious names.  The true

10  names and capacities of Does 1 through 20 are unknown to Plaintiffs.  When the names and

11  capacities of said Doe defendants are ascertained, Plaintiffs will amend this complaint by

12  inserting their true names and capacities herein.  Plaintiffs are informed and believe and thereon

13  allege that each of the Doe defendants is responsible for the damages alleged herein.

14      7.      Plaintiffs are informed and believe, and thereon allege, that each of the

15  Defendants, in conspiring and/or acting in concert with one another in committing the wrongful

16  acts and violations of law complained of herein, is jointly and severally liable with one another

17  to Plaintiffs.

18      8.      This action arises out of obligations entered into and to be performed in the

19  County of Santa Clara, State of California.

20      9.      On or about March 2007, Yu received a solicitation in the mail from Utah

21  Financial advertising a 4.125% fixed interest rate when customers refinanced their current

22  home loans with Utah Financial.

23      10.     Plaintiffs sought to refinance two of their loans. One loan was for property

24  located in San Jose, California with a principal balance of $ 485,000 and a fixed interest rate of

25  4.637% until December 1, 2009, when it would change to a variable interest rate. The second

26  loan was for property located in Gilroy, California with a principal balance of $ 608,000 and a

27  fixed interest rate of 4.125% until August 1, 2009, when it would change to a variable interest

28  rate. Plaintiffs responded to Utah Financial's  advertisement by telephone and were connected

#1151919                                      2
COMPLAINT FOR BREACH OF FIDUCIARY DUTY, NEGLIGENT MISREPRESENTATION, INTENTIONAL
MISREPRESENTATION, VIOLATION OF REAL ESTATE SETTLEMENT PROCEDURES ACT, VIOLATION OF
BUSINESS AND PROFESSIONS CODE SECTION 17200 ET. SEQ.

1   to Smith, loan officer for Utah Financial.

2         11.    On information and belief, Smith works under the supervision of Morrison, and

3   at all times mentioned herein, Morrison was aware of and consented to the representations

4   made by Smith to Yu.

5         12.    Smith told Yu that he could not obtain the advertised fixed interest rate of

6   4.125%, but could obtain two loans with a 4.49% interest rate fixed for five years from

7   GreenPoint.  Yu agreed to finance both the San Jose and Gilroy properties based on these

8   terms.  At all times, Smith represented that Yu was obtaining two loans, each with a 4.49%

9   interest rate fixed for five years. Both loans were to be secured by deeds of trust on the

10   respective properties.

11        13.    On or about April 16, 2007, pursuant to instructions received by Smith, Yu

12   appeared at First American Title Company, located at 2990 East Capitol Expressway, Suite 40,

13   San Jose, California, to sign the purported loan documents with GreenPoint, for the Gilroy

14   property.  During the signing of the loan documents, no person was available to explain the

15   documents or to answer any of Yu's questions. The only person present was the public notary.

16   Yu noticed the interest rate and payment amounts on the loan documents differed from the rate

17   discussed and telephoned Smith to question the different rates noted on the loan documents.

18   During that telephone conversation, Smith told Yu the loan documents were too difficult to

19   explain to Yu, but that Yu would be happy with the loans because Smith had the same loan

20   himself. Smith assured Yu that the loan terms were as previously discussed: to wit, a 4.49%

21   interest rate fixed for five years. Based on this representation, and the numerous past

22   representations, Yu signed the loan documents as directed.

23        14.    On or about April 19, 2007, Yu appeared at First American Title Company,

24   located at 2990 East Capitol Expressway, Suite 40, San Jose, California, to sign the purported

25   loan documents with GreenPoint for the San Jose property.  Again, during the signing of the

26   loan documents no person was available to explain the documents or to answer any of Yu's

27   questions. Yu signed the loan documents as directed by Smith.

28        15.    Approximately ten days after closing, Yu received a letter from GreenPoint

#1151919

1  detailing the loans. The letter stated that Yu was required to pay $ 1,792.65 per month on the

2  San Jose property loan, and that in order to avoid negative amortization, Yu should make a total

3  monthly payment of $3,723.92. The letter also stated that Yu was required to pay $1,955.57 per

4  month on the Gilroy property, and that in order to avoid negative amortization, Yu should make

5  a total montly payment of $4,218.43.

6      16.    Yu contacted GreenPoint and learned that he was in fact entered into two

7  negative amortization loans, which required an 8.5% interest rate: 4.5% due at monthly

8  payments and the remaining 4% adding to the principal balance each month.

9      17.    At closing, Utah Financial received $1,155.00 for a processing/admin fee, a

10  $150.00 appraisal fee, and a $16,368.75 "yield spread premium" on $485,000 refinanced for the

11  San Jose property, and a $23,560.00 "yield spread premium" on the $608,000 refinanced for the

12  Gilroy property.

13      18.    Yu immediately contacted Smith and Morrison to discuss why he was put into

14  negative amortization loans when he was always told he was only assuming two loans with a

15  fixed interest rate of 4.49% for five years. At no time was Yu told that an additional 4.01 % of

16  interest would add to their principal balance each month.

17      19.    Smith apologized and agreed to refinance both loans within sixty days to a

18  5.875% interest rate fixed for 7 years.  In addition, Smith stated that Utah Financial would

19  assume the prepayment penalty and compounded negative amortization at no cost to Yu. On

20  information and belief, Morrison was aware of and agreed to the terms as represented by Smith.

21      20.    On or about August 16, 2007 Smith provided Yu with new loan applications in

22  order to refinance the current loans, Good Faith Estimates, and Truth in Lending Disclosure

23  Statements evidencing the alleged refinance. Yu signed and returned these loan documents to

24  Smith.

25      21.    Smith failed to refinance Yu's loans as agreed.

26      22.    At all times alleged herein, Yu had an above average and solid credit history, a

27  low debt to income ratio, and a credit rating score of between 780-805. Thus, there was no basis

28  for the type of loan Defendants prescribed for Yu.

#1151919                                4

COMPLAINT FOR BREACH OF FIDUCIARY DUTY, NEGLIGENT MISREPRESENTATION, INTENTIONAL
MISREPRESENTATION, VIOLATION OF REAL ESTATE SETTLEMENT PROCEDURES ACT, VIOLATION OF
BUSINESS AND PROFESSIONS CODE SECTION 17200 ET. SEQ.

23.    As of the date of this Complaint, Yu has incurred significant financial loss due to these inappropriate loans. Interest in the approximate amount of $ 25,000.00 has been added to the principal of the Gilroy property loan. Interest in the approximate amount of $19,000.00 has been added to the principal of the San Jose property loan. In addition, as of the date of this Complaint, Yu faces prepayment penalties of approximately $ 21,885.35 on the Gilroy property loan and approximately $17,587.50 on the San Jose property loan. These prepayment penalty amount continue to increase overtime , as the total principal amount increases.

## FIRST CAUSE OF ACTION

### (Breach of Fiduciary Duty)
### (Against Utah Financial, Inc., Smith, Morrison and Does 1 through 20, inclusive)

24.    Plaintiffs reallege and incorporate herein by reference each and every allegation set forth in the foregoing paragraphs of this complaint.

25.    Because Defendants were acting as Plaintiffs' agents and by reason of the relationship of trust and confidence which existed between Plaintiffs and Defendants, a fiduciary relationship at all times relevant hereto existed between Plaintiffs and Defendants.

26.    Defendants breached their fiduciary duties owed to Plaintiffs by, inter alia, engaging in the conduct and making the misrepresentations hereinabove alleged.

27.    As a proximate result of Defendants' breach of fiduciary duties owed to Plaintiffs, Plaintiffs have suffered damages as hereinabove alleged.

28.    In doing the acts herein alleged, Defendants, and each of them, acted maliciously because their acts were intended by Defendants to cause injury to Plaintiffs, and Defendants' conduct was despicable because it was carried out by Defendants with a willful and conscious disregard for the rights of Plaintiffs. Defendants' conduct was fraudulent because it involved intentional misrepresentation, deceit and concealment of material facts known by them, thereby depriving Plaintiffs of property, legal rights, and otherwise causing injury. Accordingly, Plaintiffs are entitled to recover punitive damages from Defendants according to proof.

WHEREFORE, Plaintiffs pray for judgment as hereinafter set forth.

## SECOND CAUSE OF ACTION

### (Negligent Misrepresentation)

### (Against Utah Financial, Inc., Smith, Morrison, and Does 1 through 20)

29.     Plaintiffs reallege and incorporate herein by reference each and every allegation set forth in the foregoing paragraphs of this complaint.

30.     The material representations made by Defendants hereinabove alleged were false, and made without reasonable grounds for believing the representations were true.

31.     The aforesaid representations were made with the intent to induce Plaintiffs to rely on them and Plaintiffs reasonably and justifiably relied on said representations.

32.     As a direct and proximate result of Defendants' representations, and Plaintiffs' reasonable and justifiable reliance thereon, Plaintiffs have suffered damages in an amount to be proven at trial.

WHEREFORE, Plaintiffs pray for judgment as hereinafter set forth.

## THIRD CAUSE OF ACTION

### (Intentional Misrepresentation)

### (Against Utah Financial, Inc., Smith, Morrison, and Does 1 through 20)

33.     Plaintiffs reallege and incorporate herein by reference each and every allegation set forth in the foregoing paragraphs of this complaint.

34.     The material representations made by Defendants hereinabove alleged were false, and made with either knowledge of their falsity or with reckless disregard for the truth of the representation.

35.     The aforesaid representations were made with the intent to induce Plaintiffs to rely on them and Plaintiffs reasonably and justifiably relied on said representations.

36.     As a direct and proximate result of Defendants' representations, and Plaintiffs' reasonable and justifiable reliance thereon, Plaintiffs have suffered damages in an amount to be proven at trial.

37.     In doing the acts herein alleged, Defendants, and each of them, acted

COMPLAINT FOR BREACH OF FIDUCIARY DUTY, NEGLIGENT MISREPRESENTATION, INTENTIONAL MISREPRESENTATION, VIOLATION OF REAL ESTATE SETTLEMENT PROCEDURES ACT, VIOLATION OF BUSINESS AND PROFESSIONS CODE SECTION 17200 ET. SEQ.

1  maliciously because their acts were intended by Defendants to cause injury to Plaintiffs, and

2  Defendants' conduct was despicable because it was carried out by Defendants with a willful and

3  conscious disregard for the rights of Plaintiffs. Defendants' conduct was fraudulent because it

4  involved intentional misrepresentation, deceit and concealment of material facts known by

5  them, thereby depriving Plaintiffs of property, legal rights, and otherwise causing injury.

6  Accordingly, Plaintiffs are entitled to recover punitive damages from Defendants according to

7  proof.

8  WHEREFORE, Plaintiffs pray for judgment as hereinafter set forth.

9  **FOURTH CAUSE OF ACTION**

10  (Violation of the Real Estate Settlement Procedures Act (RESPA) 12 U.S.C. §§
2601, et seq.)

11  (Against All Defendants)

12      38.    Plaintiffs reallege and incorporate herein by reference each and every allegation

13  set forth in the foregoing paragraphs of this complaint.

14      39.    The loans that Plaintiffs obtained from Defendants as hereinabove alleged, are

15  "federally related mortgage loans" as defined under 12 U.S.C. § 2602(1), 24 C.F.R. § 3500.5

16  and 24 C.F.R. § 3500.2.

17      40.    Defendants violated RESPA by giving and receiving a fee or kickback, in the

18  form of yield spread premiums, prohibited by 12 U.S.C. §§ 2607(a), in that the total

19  compensation paid to Utah Financial, Inc. bore no reasonable relationship to the value of the

20  services actually performed.

21      41.    As a proximate result of Defendants' violation of RESPA, Plaintiffs have

22  suffered damages as hereinabove alleged.

23      42.    Plaintiffs are further entitled to recover a penalty as provided under 12 U.S.C. §

24  2610, as well as attorneys' fees and costs incurred herein.

25      WHEREFORE, Plaintiffs pray for judgment as hereinafter set forth.

26  //

27  //

28

#1151919

7

COMPLAINT FOR BREACH OF FIDUCIARY DUTY, NEGLIGENT MISREPRESENTATION, INTENTIONAL
MISREPRESENTATION, VIOLATION OF REAL ESTATE SETTLEMENT PROCEDURES ACT, VIOLATION OF
BUSINESS AND PROFESSIONS CODE SECTION 17200 ET. SEQ.

**FIFTH CAUSE OF ACTION**

(Violation of Business and Professions Code section 17200, et seq.)
(Against All Defendants)

43.     Plaintiffs reallege and incorporate herein by reference each and every allegation set forth in the foregoing paragraphs of this complaint.

44.     Plaintiffs are informed and believe, and thereon allege, that Defendants have engaged in such conduct in the past and that they continue to engage in such conduct.

45.     Defendants' wrongful conduct as hereinabove alleged constitutes unlawful, unfair and/or fraudulent business acts and practices in violation of Business and Professions Code section 17200, et seq.

46.     No remedy at law lies for Defendants' continuing violation of said statute.

47.     As a direct and proximate result of Defendants' unlawful, unfair and/or fraudulent business acts and practices, as hereinabove alleged, Plaintiffs have suffered and will continue to suffer irreparable injury that cannot be remedied at law unless Defendants and their attorneys, officers, agents, employees, representatives, and all person acting in concert or participating with them, are restrained and enjoined from continuing with said conduct.

48.     Disgorgement of profits and restitution of monies wrongfully obtained by Defendants is appropriate herein pursuant to Business and Professions Code section 17200, et. seq.

WHEREFORE, plaintiffs pray for judgment as hereinafter set forth.

**PRAYER FOR RELIEF**

1.     For compensatory damages in the minimum amount of $ 83,472.85 according to proof;

2.     For exemplary or punitive damages according to proof;

3.     For prejudgment interest;

4.     For disgorgement by Defendants of payments, interest, and other monies received by said defendants;

COMPLAINT FOR BREACH OF FIDUCIARY DUTY, NEGLIGENT MISREPRESENTATION, INTENTIONAL MISREPRESENTATION, VIOLATION OF REAL ESTATE SETTLEMENT PROCEDURES ACT, VIOLATION OF BUSINESS AND PROFESSIONS CODE SECTION 17200 ET. SEQ.

5.    For statutory penalties;

6.    For attorneys' fees;

7.    For costs of suit; and

8.    For such other and further relief as this Court may deem just and proper.

Dated: March 4, 2008                                    TERRA LAW LLP


                                                        By: _Summer J. Martin_

                                                        Summer J. Martin
                                                        Attorneys for Plaintiffs Rick and Serlyn Yu

COMPLAINT FOR BREACH OF FIDUCIARY DUTY, NEGLIGENT MISREPRESENTATION, INTENTIONAL MISREPRESENTATION, VIOLATION OF REAL ESTATE SETTLEMENT PROCEDURES ACT, VIOLATION OF BUSINESS AND PROFESSIONS CODE SECTION 17200 ET. SEQ.

# EXHIBIT "B"

# Search by Grantor or Grantee Name
## Narrow Search by Date

Document Date:  From:  00  00  0000  to:  04  10  2008    [ Search ]

| Document Number | Document Date | Pages | Document Description | First Grantor/Grantee (R=Grantor E=Grantee) |
|---|---|---|---|---|
| 19456781 | 06/05/2007 | 1 | RECONVEYANCE | YU, RICK (E)<br>YU, SERLYN (E) |
| 19456723 | 06/05/2007 | 1 | RECONVEYANCE | YU, RICK (E)<br>YU, SERLYN (E) |
| 19449267 | 05/30/2007 | 1 | SUBSTITUTION OF TRUSTEE & RECO | YU, RICK (E)<br>CITIBANK/WEST (R) |
| 19433972 | 05/17/2007 | 1 | SUBSTITUTION OF TRUSTEE & RECO | YU, RICK (E)<br>VIRTUALBANK (R) |
| 19432751 | 05/16/2007 | 1 | RECONVEYANCE | YU, RICK (E)<br>YU, SERLYN L (E) |
| 19432750 | 05/16/2007 | 1 | SUBSTITUTION TRUSTEE | YU, RICK (R)<br>RICHMOND MONROE GRP (E) |
| 19397315 | 04/24/2007 | 25 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R)<br>GREENPOINT MORTGAGE FNDG INC |
| 19397311 | 04/24/2007 | 26 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R)<br>GREENPOINT MORTGAGE FNDG INC |
| 18438576 | 06/24/2005 | 90 | NOTICE ASSESSMENT | YU, RICK (R)<br>COMMUNITY FACILITIES DISTRICT |
| 18344619 | 04/28/2005 | 1 | SUBSTITUTION OF TRUSTEE & RECO | YU, RICK (E)<br>WELLS FARGO BK (R) |

**Search Results for: YU, RICK**

**NEXT 10**



EXHIBIT "B"

# Search by Grantor or Grantee Name
## Narrow Search by Date

Document Date:  From: `00`  `00`  `0000`  to: `04`  `10`  `2008`    [ Search ]

| Search Results for:  YU, RICK | | | | |
|---|---|---|---|---|
| **Document Number** | **Document Date** | **Pages** | **Document Description** | **First Grantor/Grantee (R=Grantor E=Grantee)** |
| 18335324 | 04/21/2005 | 4 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R) WELLS FARGO BK (E) |
| 18335318 | 04/21/2005 | 3 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R) WELLS FARGO BK (E) |
| 18174994 | 01/04/2005 | 8 | DEED TRUST/ASSIGNMENT & FIXTUR | YU, RICK (R) CITIBANK WEST (E) |
| 18138241 | 12/09/2004 | 1 | RECONVEYANCE | YU, RICK (E) YU, SERLYN L (E) |
| 18138240 | 12/09/2004 | 1 | SUBSTITUTION TRUSTEE | YU, RICK (R) VERDUGO TRUSTEE SERV CORP (E) |
| 18129753 | 12/07/2004 | 1 | SUBSTITUTION OF TRUSTEE & RECO | YU, RICK (E) CITIBANK (R) |
| 18070306 | 10/28/2004 | 22 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R) WACHOVIA MORTGAGE CORP (E) |
| 17994581 | 09/09/2004 | 12 | DEED OF TRUST & ASSIGNMENT OF | YU, RICK (R) WELLS FARGO BK (E) |
| 17945391 | 08/11/2004 | 1 | RECONVEYANCE | YU, RICK (E) YU, SERLYN (E) |
| 17885470 | 07/07/2004 | 1 | RECONVEYANCE | YU, RICK (E) YU, SERLYN (E) |

PREV 10          NEXT 10

# Search by Grantor or Grantee Name
## Narrow Search by Date

Document Date: From: 00 | 00 | 0000 | to: 04 | 10 | 2008        [ Search ]

| Search Results for: YU, RICK | | | | |
|---|---|---|---|---|
| Document Number | Document Date | Pages | Document Description | First Grantor/Grantee (R=Grantor E=Grantee) |
| 17861486 | 06/23/2004 | 21 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R) VIRTUAL BANK (E) |
| 17426851 | 10/20/2003 | 3 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R) WELLS FARGO BK (E) |
| 16901995 | 03/21/2003 | 2 | SUBSTITUTION OF TRUSTEE & RECO | YU, RICK (E) CHASE MANHATTAN BK USA (R) |
| 16832872 | 02/21/2003 | 8 | DEED TRUST/ASSIGNMENT & FIXTUR | YU, RICK (R) CITIBANK (E) |
| 16832871 | 02/21/2003 | 19 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R) CITIMORTGAGE INC (E) |
| 16750846 | 01/15/2003 | 1 | RECONVEYANCE | YU, RICK (E) YU, SERLYN (E) |
| 16695008 | 12/19/2002 | 28 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R) DOWNEY SAVINGS & LN ASSN (E) |
| 16606035 | 11/08/2002 | 1 | ASSIGNMENT DEED OF TRUST/MORTG | YU, RICK (R) COUNTRYWIDE HOME LNS INC (E) |
| 16496069 | 09/24/2002 | 1 | RECONVEYANCE | YU, RICK (E) YU, SERLYN (E) |
| 16458975 | 09/04/2002 | 20 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R) AMERICAS WHOLESALE LENDER (E |

**PREV 10**        **NEXT 10**

# Search by Grantor or Grantee Name
## Narrow Search by Date

Document Date:   From:  00   00   0000   to:  04   10   2008    [ Search ]

| | | | | |
|---|---|---|---|---|
| **Search Results for:  YU, RICK** | | | | |
| **Document Number** | **Document Date** | **Pages** | **Document Description** | **First Grantor/Grantee (R=Grantor E=Grantee)** |
| 15982377 | 11/29/2001 | 1 | RECONVEYANCE | YU, RICK (E) <br> YU, SERLYN (E) |
| 15969308 | 11/20/2001 | 1 | RECONVEYANCE | YU, RICK (E) <br> YU, SERLYN (E) |
| 15938169 | 10/31/2001 | 16 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R) <br> AMERICAS WHOLESALE LENDER BY |
| 15805644 | 08/02/2001 | 1 | RECONVEYANCE | YU, RICK (E) <br> YU, SERLYN (E) |
| 15732854 | 06/20/2001 | 2 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R) <br> BANK OF AMERICA (E) |
| 15687338 | 05/22/2001 | 2 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R) <br> BANK OF AMERICA (E) |
| 15608318 | 03/27/2001 | 1 | RECONVEYANCE | YU, RICK (E) <br> YU, SERLYN L (E) |
| 15582698 | 03/07/2001 | 14 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R) <br> WASHINGTON MUTUAL BK (E) |
| 15582697 | 03/07/2001 | 2 | DEED | YU, RICK (E) <br> OLD ORCHARD CO (R) |
| 15581250 | 03/06/2001 | 8 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R) <br> CHASE MANHATTAN BK USA (E) |

PREV 10            NEXT 10

# Search by Grantor or Grantee Name
## Narrow Search by Date

Document Date:   From:  00   00   0000   to:  04   10   2008          [Search]

| Search Results for:  YU, RICK | | | | |
|---|---|---|---|---|
| Document Number | Document Date | Pages | Document Description | First Grantor/Grantee (R=Grantor E=Grantee) |
| 15581249 | 03/06/2001 | 16 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R) CHASE MANHATTAN MTGE CORP (E |
| 15461474 | 11/15/2000 | 1 | RECONVEYANCE | YU, RICK (E) YU, SERLYN L (E) |
| 15431149 | 10/23/2000 | 8 | DEED OF TRUST/ASSIGNMENT & REQ | YU, RICK (R) CMG MORTGAGE INC (E) |
| 15175528 | 03/08/2000 | 1 | RECONVEYANCE | YU, RICK (E) YU, SERLYN L (E) |
| 15134169 | 01/27/2000 | 1 | REQUEST FOR NOTICE DEFAULT | YU, RICK (R) YU, SERLYN L (R) |
| 15134168 | 01/27/2000 | 2 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R) MUNICIPAL EMPLOYEES CU SJ INC ( |
| 14759062 | 04/19/1999 | 1 | SUBSTITUTION OF TRUSTEE & RECO | YU, RICK (E) G E CAPITAL MTGE SERVS INC (R) |
| 14702657 | 03/12/1999 | 9 | DEED OF TRUST & ASSIGNMENT OF | YU, RICK (R) AMERICAS WHOLESALE LENDER (E |
| 14683727 | 03/02/1999 | 1 | RECONVEYANCE | YU, RICK (E) YU, SERLYN L (E) |
| 14628753 | 01/29/1999 | 8 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R) AMERICAS WHOLESALE LENDER (E |

PREV 10          NEXT 10

# Search by Grantor or Grantee Name
## Narrow Search by Date

Document Date:    From: | 00 | 00 | 0000 | to: | 04 | 10 | 2008 |    [ Search ]

| | | | | |
|---|---|---|---|---|
| **Search Results for:  YU, RICK** | | | | |
| **Document Number** | **Document Date** | **Pages** | **Document Description** | **First Grantor/Grantee (R=Grantor E=Grantee)** |
| 14406685 | 09/22/1998 | 1 | ASSIGNMENT DEED OF TRUST/MORTG | YU, RICK (R)<br>G E CAPITAL MTGE SERVS INC (E) |
| 14111069 | 03/26/1998 | 1 | SUBSTITUTION OF TRUSTEE & RECO | YU, RICK (E)<br>PNC BANK NA (R) |
| 14107478 | 03/24/1998 | 1 | REQUEST FOR NOTICE DEFAULT | YU, RICK (R)<br>YU, SERLYN L (R) |
| 14107477 | 03/24/1998 | 2 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R)<br>MUNICIPAL EMPLOYEES CU SJ INC |
| 14041013 | 02/05/1998 | 7 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R)<br>AMERICAS LENDER INC (E) |
| 12681746 | 10/11/1994 | 1 | ASSIGNMENT DEED OF TRUST/MORTG | YU, RICK (R)<br>PNC BANK NA (E) |
| 11389161 | 06/03/1992 | 2 | ASSIGNMENT DEED OF TRUST/MORTG | YU, RICK (R)<br>CARL I BROWN & CO (E) |
| 11389160 | 06/03/1992 | 6 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R)<br>GOLDEN CROWN MTGE CO (E) |
| 11389159 | 06/03/1992 | 2 | DEED | YU, RICK (E)<br>SAGISI, ROGER R (R) |

**PREV 10**

# Search by Grantor or Grantee Name
## Narrow Search by Date

Document Date:  From: [ 00 ] [ 00 ] [ 0000 ] to: [ 04 ] [ 10 ] [ 2008 ]        [ Search ]

| Search Results for:  YU, RICK | | | | |
|---|---|---|---|---|
| **Document Number** | **Document Date** | **Pages** | **Document Description** | **First Grantor/Grantee (R=Grantor E=Grantee)** |
| 15581249 | 03/06/2001 | 16 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R) CHASE MANHATTAN MTGE CORP (E |
| 15461474 | 11/15/2000 | 1 | RECONVEYANCE | YU, RICK (E) YU, SERLYN L (E) |
| 15431149 | 10/23/2000 | 8 | DEED OF TRUST/ASSIGNMENT & REQ | YU, RICK (R) CMG MORTGAGE INC (E) |
| 15175528 | 03/08/2000 | 1 | RECONVEYANCE | YU, RICK (E) YU, SERLYN L (E) |
| 15134169 | 01/27/2000 | 1 | REQUEST FOR NOTICE DEFAULT | YU, RICK (E) YU, SERLYN L (R) |
| 15134168 | 01/27/2000 | 2 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R) MUNICIPAL EMPLOYEES CU SJ INC ( |
| 14759062 | 04/19/1999 | 1 | SUBSTITUTION OF TRUSTEE & RECO | YU, RICK (E) G E CAPITAL MTGE SERVS INC (R) |
| 14702657 | 03/12/1999 | 9 | DEED OF TRUST & ASSIGNMENT OF | YU, RICK (R) AMERICAS WHOLESALE LENDER (E |
| 14683727 | 03/02/1999 | 1 | RECONVEYANCE | YU, RICK (E) YU, SERLYN L (E) |
| 14628753 | 01/29/1999 | 8 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R) AMERICAS WHOLESALE LENDER (E |

**PREV 10**          **NEXT 10**

# Search by Grantor or Grantee Name
## Narrow Search by Date

Document Date:  From: | 00 | 00 | 0000 | to: | 04 | 10 | 2008 |    [ Search ]

| | | | | | | |
|---|---|---|---|---|---|---|

| Search Results for: YU, RICK | | | | |
|---|---|---|---|---|
| **Document Number** | **Document Date** | **Pages** | **Document Description** | **First Grantor/Grantee (R=Grantor E=Grantee)** |
| 14406685 | 09/22/1998 | 1 | ASSIGNMENT DEED OF TRUST/MORTG | YU, RICK (R) <br> G E CAPITAL MTGE SERVS INC (E) |
| 14111069 | 03/26/1998 | 1 | SUBSTITUTION OF TRUSTEE & RECO | YU, RICK (E) <br> PNC BANK NA (R) |
| 14107478 | 03/24/1998 | 1 | REQUEST FOR NOTICE DEFAULT | YU, RICK (R) <br> YU, SERLYN L (R) |
| 14107477 | 03/24/1998 | 2 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R) <br> MUNICIPAL EMPLOYEES CU SJ INC |
| 14041013 | 02/05/1998 | 7 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R) <br> AMERICAS LENDER INC (E) |
| 12681746 | 10/11/1994 | 1 | ASSIGNMENT DEED OF TRUST/MORTG | YU, RICK (R) <br> PNC BANK NA (E) |
| 11389161 | 06/03/1992 | 2 | ASSIGNMENT DEED OF TRUST/MORTG | YU, RICK (R) <br> CARL I BROWN & CO (E) |
| 11389160 | 06/03/1992 | 6 | DEED OF TRUST/MORTGAGE/SECURIT | YU, RICK (R) <br> GOLDEN CROWN MTGE CO (E) |
| 11389159 | 06/03/1992 | 2 | DEED | YU, RICK (E) <br> SAGISI, ROGER R (R) |

**PREV 10**

**EXHIBIT "C"**

# STATE OF CALIFORNIA
# DEPARTMENT OF REAL ESTATE

The license information shown below represents public information taken from the Department of Real Estate's database at the time of your inquiry. It will not reflect pending changes which are being reviewed for subsequent database updating. Also, the license information provided includes formal administrative actions that have been taken against licensees pursuant to the Business and Professions Code and/or the Administrative Procedure Act. All of the information displayed is public information. Although the business and mailing addresses of real estate licensees are included, this information is not intended for mass mailing purposes.

License information taken from records of the Department of Real Estate on 4/11/2008 2:20:57 PM

| | |
|---|---|
| **License Type:** | SALESPERSON |
| **Name:** | Yu, Rick |
| **Mailing Address:** | PO BOX 86<br>GILROY, CA 95020 |
| **License ID:** | 01830655 |
| **Expiration Date:** | 10/12/11 |
| **License Status:** | LICENSED |
| **Salesperson License Issued:** | 10/13/07 (Unofficial -- taken from secondary records)<br>Conditional Salesperson License will be suspended if education requirement per section 10153.4 has not been met by 04/13/09. |
| **Former Name(s):** | NO FORMER NAMES |
| **Employing Broker:** | License ID: 01348154<br>Reichert, Robert Harold<br>7520 EIGLEBERRY ST SUITE 100<br>1502 EAGLES NEST LN<br>GILROY, CA 95020 |
| **Comment:** | NO DISCIPLINARY ACTION<br><br>NO OTHER PUBLIC COMMENTS<br><br>>>>> Public information request complete <<<< |



EXHIBIT "C"