ADLESON, HESS & KELLY, APC
Phillip M. Adleson, Esq. (CSB# 69957)
padleson@ahk-law.com
Duane W. Shewaga, Esq. (CSB# 116837)
dshewaga@ahk-law.com
577 Salmar Avenue, Second Floor
Campbell, California  95008
Telephone:  (408) 341-0234
Facsimile:  (408) 341-0250

Attorneys for Defendants
UTAH FINANCIAL, INC.
DAVID L. SMITH
WAYNE MORRISON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (San Jose Division)

| | |
|---|---|
| RICK YU and SERLYN YU,<br><br>  Plaintiffs,<br><br>vs.<br><br>UTAH FINANCIAL, INC., erroneously sued as a California corporation; GREENPOINT MORTGAGE FUNDING, INC.; DAVID L. SMITH, WAYNE MORRISON, et al.,<br><br>  Defendants. | Case No.:   C08-01771-RMW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UTAH FINACIAL, INC.'S, DAVID L. SMITH'S AND WAYNE MORRISON'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**<br><br>Date:       May 30, 2008<br>Time:      9:00 a.m.<br>Courtroom: 6 (4th floor)<br>Judge:     Ronald M. Whyte |

After consideration of the papers in support of and in opposition to defendants Utah Financial Inc.'s, David L. Smith's and Wayne Morrison's motion to dismiss plaintiffs' complaint or in the alternative to dismiss plaintiffs' first, second, third, fourth and fifth causes of action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure or for a more definite statement pursuant to Rule 12(e), and the hearing argument of counsel and for the reasons set forth therein,

1  **IT IS HEREBY ORDERED** that defendants Utah Financial Inc.'s, David L. Smith's and
2  Wayne Morrison's motion to dismiss as to plaintiffs' first, second, third, fourth and fifth causes
3  of action as against these defendants, pursuant to Rule 12(b)(6) of the Federal Rules of Civil
4  Procedure, be and hereby is GRANTED as plaintiffs fail to state facts to support their claims
5  for relief.  As to plaintiffs' first, second and third claims for relief, plaintiffs fail to allege that
6  they reasonably relied upon any alleged misrepresentation by defendants in connection with
7  arranging of the subject loans, as plaintiffs admit in paragraph 10 of their complaint that they
8  read the loan documents before signing, and signed the loan documents despite the alleged
9  discrepancies that they found.  As a matter of law they could not justifiably rely upon any
10 alleged misrepresentations stating that the loan documents contained contrary terms.  (See
11 *Hadland v. NN Investors Life Ins. Co.* (1993) 24 CalApp.4th 1578.)

12  As to plaintiffs' fourth and fifth claims for relief, plaintiffs have not alleged specific facts
13 to establish that the yield-spread premiums charged for the loans, which are the subject of
14 the action, were unlawful.  (*Geraci v. Homestreet Bank,* 347 F.3d 749 (9th Cir. 2003).)  While
15 plaintiffs allege the amounts paid by Greenpoint Mortgage to Utah Financial, they do not
16 allege that the total compensation paid Utah Financial was not commensurate with the
17 amount normally charged for similar services in similar transactions in similar markets.
18 (*Byars v. SCME Mortgage Bankers* (2003) 109 Cal.App.4th 1134, 1142.)  Plaintiffs do not
19 allege that defendants' "compensation deviated from market norms." (*Dominguez v. Alliance*
20 *Mortg. Co.*, 226 F. Supp. 2d 907, 914 (D. Ill. 2002).)

21

22 Dated: _____, 2008                           _____
23                                                         HONORABLE RONALD M. WHYTE
                                                          United States District Court Judge
24
25
26
27
28

ADLESON, HESS
& KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM
©ADLESON, HESS &
KELLY, APC, 2003

Case No. C08-01771-RMW    [Proposed] Order re Utah Financial, et al.'s Motion to Dismiss    Page 2