ADLESON, HESS & KELLY, APC
Phillip M. Adleson, Esq. (CSB# 69957)
padleson@ahk-law.com
Duane W. Shewaga, Esq. (CSB# 116837)
dshewaga@ahk-law.com
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250

Attorneys for Defendants
UTAH FINANCIAL, INC.
DAVID L. SMITH
WAYNE MORRISON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### (San Jose Division)

| | |
|---|---|
| RICK YU and SERLYN YU,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>UTAH FINANCIAL, INC., erroneously sued as a California corporation; GREENPOINT MORTGAGE FUNDING, INC.; DAVID L. SMITH, WAYNE MORRISON, et al.,<br><br>　　　　Defendants. | Case No. C 08-01771 RMW<br><br>**DEFENDANTS UTAH FINANCIAL, INC.'S, DAVID L. SMITH'S AND WAYNE MORRISON'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies on behalf of defendants UTAH FINANCIAL, INC., a Utah Corporation erroneously sued as a California corporation, which also does business in California as Mortgage Integrity, DAVID L. SMITH and WAYNE MORRISON, that as of this date, other than the named parties, there is no such interest to report.

/ / /

/ / /

ADLESON, HESS & KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM

C 08-01771 RMW    CERTIFICATION OF INTERESTED ENTITIES OR PERSONS    PAGE 1

1    Respectfully submitted,

2  Dated: April 15, 2008    ADLESON, HESS & KELLY, APC

3

4    By ___*/s/ Duane W. Shewaga*___
       DUANE W. SHEWAGA, ESQ.
5      Attorneys for Defendants Utah Financial, Inc.,
       David L. Smith, and Wayne Morrison

ADLESON, HESS &
KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM