1  ADLESON, HESS & KELLY, APC
   Phillip M. Adleson, Esq. (SBN 69957)
2  Duane W. Shewaga, Esq., (SBN 116837)
   577 Salmar Avenue, Second Floor
3  Campbell, California 95008
   Telephone: (408) 341-0234
4  Facsimile: (408) 341-0250

5  Attorneys for Defendants
   UTAH FINANCIAL, INC.
6  DAVID L. SMITH
   WAYNE MORRISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| RICK YU and SERLYN YU,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>UTAH FINANCIAL, INC., erroneously sued as a California corporation; GREEN POINT MORTGAGE FUNDING, INC.; DAVID L. SMITH, WAYNE MORRISON, et al.,<br><br>　　　　Defendants. | Case No. C 08-01771 RMW<br><br>**CERTIFICATE OF SERVICE** |

ADLESON, HESS & KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM

C 08-01771 RMW         CERTIFICATE OF SERVICE         PAGE 1

# CERTIFICATION OF SERVICE BY MAIL

I, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the within-entitled action. I am employed in Santa Clara County, California, with the law firm of ADLESON, HESS & KELLY, APC. My business address is 577 Salmar Avenue, Second Floor, Campbell, California, 95008.

On April 15, 2008, I served upon the interested party(ies) in the action the foregoing document described as:

**DEFENDANTS UTAH FINANCIAL, INC.'S, DAVID L. SMITH'S AND WAYNE MORRISON'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) AND SUPPORTING POINTS & AUTHORITIES**

**DEFENDANTS UTAH FINANCIAL, INC.'S, DAVID L. SMITH'S AND WAYNE MORRISON'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

**[PROPOSED] ORDER GRANTING DEFENDANTS UTAH FINANCIAL, INC.'S, DAVID L. SMITH'S AND WAYNE MORRISON'S MOTION TO DISMISS**

**DEFENDANTS UTAH FINANCIAL, INC.'S, DAVID L. SMITH'S AND WAYNE MORRISON'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

[x]    By placing ____ the original __xx__ true copy(ies) thereof enclosed in sealed envelope(s) addressed to:

| | |
|---|---|
| Mark W. Good, Esq.<br>Summer J. Martin, Esq.<br>TERRA LAW, LLP<br>177 Park Avenue, 3rd Floor<br>San Jose, CA  95113<br>T: (408) 288-1200<br>F: (408) 998-4895 | **For Plaintiffs RICK YU and SERLYN YU** |
| Ron M. Arlas, Esq.<br>Ted Buell, Esq.<br>ARLAS & SMITHTON<br>100 Wood Hollow Drive<br>Novato, CA  94945<br>T: (415) 878-5390<br>F: (415) 878-3595<br>ron.arlas@greenpoint.com<br>ted.buell@greenpoint.com | **For Defendant GREENPOINT MORTGAGE** |

ADLESON, HESS & KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM

C 08-01771 RMW                    CERTIFICATE OF SERVICE                    PAGE 2

[x]  BY MAIL  I deposited such envelope(s) with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at Campbell, California. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Campbell, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing, pursuant to this affidavit.

[ ]  WITH CERTIFICATE OF MAILING  A certificate of mailing was obtained from the United States Post Office evidencing the mailing referenced above.

[ ]  BY FEDEX  I caused such envelope(s) to be placed for FedEx collection and delivery at Campbell, California.  I am readily familiar with the firm's practice of collection and processing correspondence for FedEx mailing.  Under that practice it would be deposited with the FedEx office on that same day with instructions for overnight delivery, fully prepaid, at Campbell, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the FedEx delivery date is more than one day after date of deposit with the local FedEx office, pursuant to this affidavit.

[ ]  BY FACSIMILE  I caused the transmission of the foregoing document by facsimile to the offices of the addressee(s), and such transmission was reported as complete and without error.

[ ]  BY PERSONAL SERVICE  I personally served such envelope(s) of the addressee(s) pursuant to CCP § 1011.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on April 15, 2008, at Campbell, California.

*/s/ Andrea Q. Rodriguez*
_____
ANDREA QUINATA RODRIGUEZ

ADLESON, HESS & KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM

C 08-01771 RMW                    CERTIFICATE OF SERVICE                    PAGE 3