1  Perry J. Woodward, Esq. (SBN 183876)
   Mark W. Good, Esq. (SBN 218809)
2  Summer J. Martin, Esq. (SBN 254168)
   TERRA LAW LLP
3  177 Park Avenue, Third Floor
   San Jose, California 95113
4  (408) 299-1200

5  Attorneys for Plaintiffs
   Rick Yu and Serlyn Yu
6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   (San Jose Division)

11 | RICK YU, SERLYN YU,                              | Case No. C08-01771-RMW-PVT
12 |                     Plaintiffs,                  | [Assigned to Magistrate Patricia V. Trumbull]
13 |        vs.                                       | [PROPOSED] ORDER DENYING
14 | UTAH FINANCIAL, INC., a California               | GREENPOINT MORTGAGE FUNDING,
   | corporation, GREENPOINT MORTGAGE                 | INC'S MOTION TO DISMISS THE
15 | FUNDING, INC., a California corporation,         | COMPLAINT [FRCP § 12(b)(6)] AND
   | DAVID L. SMITH, WAYNE MORRISON,                  | ALTERNATIVELY FOR A MORE
16 | and DOES 1 through 20, inclusive,                | DEFINITE STATEMENT
17 |                     Defendants.                  | Date:      May 13, 2008
                                                      | Time:      10:00 a.m.
18                                                    | Courtroom: 5, 4th Floor

19     The motion by defendant GreenPoint Mortgage Funding, Inc. ("GreenPoint") to dismiss

20 plaintiffs Rick Yu and Serlyn Yu's complaint pursuant to Fed. R. Civ. P. 12(b)(2) and

21 alternatively for a more definite statement came on regularly for hearing in this Court on May

22 13, 2008. The Court having reviewed and considered the papers filed in support of and in

23 opposition to the motion, and having considered the argument of counsel,

24     IT IS HEREBY ORDERED that defendant's motion to dismiss is DENIED.

25     IT IS FURTHER ORDERED that defendant's motion in the alternative for a more

26 definite statement is DENIED.

27     Plaintiff has adequately pled causes of action against defendant GreenPoint for

28 violations of the Real Estate Settlement Procedures Act and California Business and

#1153647                         1
                              **ORDER**

1  Professions Code Section 17200 et seq.

3  Dated:_____        _____
                                     United States District Court Judge

#1153647

ORDER

2