| | |
|---|---|
| 1 | Perry J. Woodward, Esq. (SBN 183876) |
| | Mark W. Good, Esq. (SBN 218809) |
| 2 | Summer J. Martin, Esq. (SBN 254168) |
| | TERRA LAW LLP |
| 3 | 177 Park Avenue, Third Floor |
| | San Jose, California 95113 |
| 4 | (408) 299-1200 |
| 5 | Attorneys for Plaintiffs |
| | Rick Yu and Serlyn Yu |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | | |
|---|---|---|
| RICK YU, SERLYN YU, | | Case No. C08-01771-RMW-PVT |
| | Plaintiffs, | [Assigned to Magistrate Patricia V. Trumbull] |
| vs. | | PROOF OF SERVICE |
| UTAH FINANCIAL, INC., a California corporation, GREENPOINT MORTGAGE FUNDING, INC., a California corporation, DAVID L. SMITH, WAYNE MORRISON, and DOES 1 through 20, inclusive, | | |
| | Defendants. | |

<pre>
                              PROOF OF SERVICE
</pre>

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 177 Park Avenue, 3rd Floor, San Jose, California 95113. On the date set forth below I served the documents described below:

**[PROPOSED] ORDER DENYING GREENPOINT MORTGAGE FUNDING, INC.'S MOTION TO DISMISS THE COMPLAINT [FRCP § 12(b)(6)] AND ALTERNATIVELY FOR A MORE DEFINITE STATEMENT; RICK YU AND SERLYN YU'S OPPOSITION TO GREENPOINT MORTGAGE, INC.'S MOTION TO DISMISS THE COMPLAINT [FRCP § 12(b)(6)] AND ALTERNATIVELY FOR A MORE DEFINATE STATEMENT**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Ronald M. Arlas, Esq.<br>ARLAS & SMITHTON<br>Edward R. Buell III, Esq.<br>GREENPOINT MORTGAGE FUNDING, INC.<br>100 Wood Hollow Drive<br>Novato, CA 94945 | Duane W. Shewaga, Esq.<br>ADELSON, HESS & KELLY, APC<br>577 Salmar Avenue, Second Floor<br>Campbell, CA 95008 |

☒ (BY U.S. MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to each facsimile machine number listed above.

☐ (BY FEDERAL EXPRESS) I caused such envelope(s) with postage thereon fully prepaid to be placed in the Federal Express office at San Jose, California.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 16, 2008, at San Jose, California.

_Kimberly M. Grijalva_