ADLESON, HESS & KELLY, APC
Phillip M. Adleson, Esq. (CSB# 69957)
padleson@ahk-law.com
Duane W. Shewaga, Esq. (CSB# 116837)
dshewaga@ahk-law.com
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250

Attorneys for Defendants
UTAH FINANCIAL, INC.
DAVID L. SMITH
WAYNE MORRISON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (San Jose Division)

| | |
|---|---|
| RICK YU and SERLYN YU,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>UTAH FINANCIAL, INC., erroneously sued as a California corporation; GREENPOINT MORTGAGE FUNDING, INC.; DAVID L. SMITH, WAYNE MORRISON, et al.,<br><br>　　　　Defendants. | Case No. C 08-01771 RMW<br><br>**NOTICE OF CONTINUANCE OF DEFENDANTS UTAH FINANCIAL, INC.'S, DAVID L. SMITH'S AND WAYNE MORRISON'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**<br><br>Date:　　　　June 6, 2008<br>Time:　　　　9:00 a.m.<br>Courtroom:　6 (4th floor)<br>Judge:　　　Ronald M. Whyte |

**NOTICE IS HEREBY GIVEN** that, pursuant to the Clerk's Notice of Continuance filed on the docket of this court, Defendants Utah Financial Inc.'s (erroneously sued herein as a California corporation), David L. Smith's and Wayne Morrison's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure previously scheduled for May 30, 2008 will now be heard on **June 6, 2008** at **9:00 a.m.** before the Honorable Ronald M. Whyte in Courtroom 6, Fourth Floor, United States District Court for the Northern District of California, San Jose Division, located at 280 South First Street, San Jose, California.

ADLESON, HESS & KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM
©ADLESON, HESS & KELLY, APC, 2003

Case No. C08-01771-RMW　　　Notice of Continuance of Motion to Dismiss　　　Page 1

| | |
|---|---|
| Dated: April 17, 2008 | Respectfully submitted, |
| | ADLESON, HESS & KELLY, APC |
| | By: _/s/ Duane W. Shewaga_<br>PHILLIP M. ADLESON, ESQ.<br>DUANE W. SHEWAGA, ESQ.<br>Attorneys for Defendants<br>Utah Financial, Inc., David L. Smith, and Wayne Morrison |

ADLESON, HESS & KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM
©ADLESON, HESS & KELLY, APC, 2003

Case No. C08-01771-RMW    Notice of Continuance of Motion to Dismiss    Page 2

# CERTIFICATION OF SERVICE BY MAIL

I, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the within-entitled action. I am employed in Santa Clara County, California, with the law firm of ADLESON, HESS & KELLY, APC. My business address is 577 Salmar Avenue, Second Floor, Campbell, California, 95008.

On April 17, 2008, I served upon the interested party(ies) in the action the foregoing document described as:

**NOTICE OF CONTINUANCE OF DEFENDANTS UTAH FINANCIAL, INC.'S, DAVID L. SMITH'S AND WAYNE MORRISON'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

[**X**]    By placing ____ the original  X  true copy(ies) thereof enclosed in sealed envelope(s) addressed to:

| | |
|---|---|
| Perry J. Woodward, Esq.<br>Mark W. Good, Esq.<br>Summer J. Martin, Esq.<br>TERRA LAW, LLP<br>177 Park Avenue, 3rd Floor<br>San Jose, CA  95113<br>T: (408) 288-1200<br>F: (408) 998-4895 | **For Plaintiffs RICK YU and SERLYN YU** |
| Ron M. Arlas, Esq.<br>Ted Buell, Esq.<br>ARLAS & SMITHTON<br>100 Wood Hollow Drive<br>Novato, CA  94945<br>T: (415) 878-5390<br>F: (415) 878-3595<br>ron.arlas@greenpoint.com<br>ted.buell@greenpoint.com | **For Defendant GREEN POINT MORTGAGE** |

[**X**]    BY MAIL   I deposited such envelope(s) with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at Campbell, California. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Campbell, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing, pursuant to this affidavit.

ADLESON, HESS & KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA  95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM
©ADLESON, HESS & KELLY, APC, 2003

[ ]   WITH CERTIFICATE OF MAILING  A certificate of mailing was obtained from the United States Post Office evidencing the mailing referenced above.

[ ]   BY FEDEX  I caused such envelope(s) to be placed for FedEx collection and delivery at Campbell, California.  I am readily familiar with the firm's practice of collection and processing correspondence for FedEx mailing.  Under that practice it would be deposited with the FedEx office on that same day with instructions for overnight delivery, fully prepaid, at Campbell, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the FedEx delivery date is more than one day after date of deposit with the local FedEx office, pursuant to this affidavit.

[ ]   BY FACSIMILE  I caused the transmission of the foregoing document by facsimile to the offices of the addressee(s), and such transmission was reported as complete and without error.

[ ]   BY PERSONAL SERVICE  I personally served such envelope(s) of the addressee(s) pursuant to CCP § 1011.

　　　I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

　　　I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on April 17, 2008, at Campbell, California.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Andrea Quinata Rodriguez*
　　　　　　　　　　　　　　　　　　　　　　　ANDREA QUINATA RODRIGUEZ

& KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM
©ADLESON, HESS &
KELLY, APC, 2003

Case No. C08-01771-RMW    Notice of Continuance of Motion to Dismiss    Page 4