RONALD M. ARLAS, ESQ. #59091
ARLAS & SMITHTON
100 Wood Hollow Drive
Novato, CA 94945
(415) 878-5390
Fax (415) 878-3595
ron.arlas@greenpoint.com

EDWARD R. BUELL III, ESQ. #240494
GREENPOINT MORTGAGE FUNDING, INC.
100 Wood Hollow Drive
Novato, CA 94945
(415) 878-5390
Fax (415) 878-3595
ted.buell@greenpoint.com

Attorneys for Defendant
GREENPOINT MORTGAGE FUNDING, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK YU and SERLYN YU,<br>      Plaintiff,<br>vs.<br>UTAH FINANCIAL, INC., GREENPOINT MORTGAGE FUNDING, INC., DAVID L. SMITH, WAYNE MORRISON, and DOES 1 through 20, inclusive,<br>      Defendants. | Case No. C 08-01771 RMW<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF CONTINUANCE OF DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.'S MOTION TO DISMISS THE COMPLAINT [FRCP §12(b)(6)] AND ALTERNATIVELY FOR A MORE DEFINITE STATEMENT** |

Pursuant to the Clerk's Notice of Continuance filed on the docket of this court, the attached written Notice of Continuance was served on counsel of all parties on April 18, 2008 via US Mail.

Dated: April 18, 2008                                   Respectfully submitted,


                                                        By:   /s/ Edward R. Buell
                                                        EDWARD R. BUELL, ESQ.
                                                        Attorney for Defendant
                                                        GREENPOINT MORTGAGE FUNDING, INC.

- 1 -
CERTIFICATE OF SERVICE OF NOTICE OF CONTINUANCE OF GPM'S MOTION TO DISMISS

RONALD M. ARLAS, ESQ. #59091
ARLAS & SMITHTON
100 Wood Hollow Drive
Novato, CA 94945
(415) 878-5390
Fax (415) 878-3595
ron.arlas@greenpoint.com

EDWARD R. BUELL III, ESQ. #240494
GREENPOINT MORTGAGE FUNDING, INC.
100 Wood Hollow Drive
Novato, CA 94945
(415) 878-5390
Fax (415) 878-3595
ted.buell@greenpoint.com

Attorneys for Defendant
GREENPOINT MORTGAGE FUNDING, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RICK YU and SERLYN YU,<br>　　　Plaintiff,<br>vs.<br>UTAH FINANCIAL, INC., GREENPOINT MORTGAGE FUNDING, INC., DAVID L. SMITH, WAYNE MORRISON, and DOES 1 through 20, inclusive,<br>　　　Defendants. | Case No. C 08-01771 RMW<br><br>NOTICE OF CONTINUANCE OF DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.'S MOTION TO DISMISS THE COMPLAINT [FRCP §12(b)(6)] AND ALTERNATIVELY FOR A MORE DEFINITE STATEMENT<br><br>Date:　　　June 6, 2008<br>Time:　　　9:00 a.m.<br>Courtroom:　6 (4th Floor)<br>Judge:　　　Hon. Ronald M. Whyte |

**NOTICE IS HEREBY GIVEN** that, pursuant to the Clerk's Notice of Continuance filed on the docket of this court, Defendant GREENPOINT MORTGAGE FUNDING, INC.'S Motion to Dismiss the Complaint [FRCP 12 (b)(6)] and Alternatively for a More Definite Statement previously scheduled for May 13, 2008 before Magistrate Trumbull in Courtroom 5 will now be heard on June 6, 2008 at 9:00 a.m. before the Honorable Ronald M. Whyte in Courtroom 6, Fourth Floor, United

1 | States District Court for the Northern District of California, San Jose Division, located at 280 South
2 | First Street, San Jose, California.
3 | Dated: April 18, 2008                    Respectfully submitted,

By:  /s/ Edward R. Buell
     EDWARD R. BUELL, ESQ.
     Attorney for Defendant
     GREENPOINT MORTGAGE FUNDING, INC.

# PROOF OF SERVICE

I declare that I am over the age of eighteen and not a party to the within entitled action. I am employed in the County of Marin, State of California. My business address is 100 Wood Hollow Drive, Novato, California 94945

On April 18, 2008, I caused a copy of the **NOTICE OF CONTINUANCE OF DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.'S MOTION TO DISMISS THE COMPLAINT [FRCP §12(b)(6)] AND ALTERNATIVELY FOR A MORE DEFINITE STATEMENT** to be served on all parties in said action, by delivering a true copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| Perry J. Woodward, Esq. | Phillip M. Adleson, Esq. |
| Mark W. Good, Esq. | Duane W. Shewaga, Esq. |
| Summer J. Martin, Esq. | ADLESON, HESS & KELLY, APC |
| TERRA LAW LLP | 577 Salmar Avenue, Second Floor |
| 177 Park Avenue, Third Floor | Campbell, California 95008 |
| San Jose, CA 95113 | T: (408) 341-0234 |
| T: (408) 288-1200 | F: (408) 341-0250 |
| F: (408) 998-4895 | *Attorneys for Defendants Utah Financial, Inc.,* |
| *Attorney for Plaintiff* | *Wayne Morrison and David L. Smith* |

__X__ (BY MAIL) Being familiar with this firm's collection and processing of documents for deposit into the United States mail, I caused each envelope to be placed in the United States mail at Novato, California with FIRST CLASS postage thereupon fully prepaid.

____ (BY OVERNIGHT COURIER) I caused the envelope to be sent via _____.

____ (BY HAND) I caused each envelope to be delivered by hand.

____ (BY TELECOPIER) I caused each document to be electronically transmitted to the following number(s): _____.

____ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of April 2008, in Novato, CA.

*/s/ Joyce Ogaard*
Joyce Ogaard

- 1 -
PROOF OF SERVICE