1  Perry J. Woodward, Esq. (SBN 183876)
   Mark W. Good, Esq. (SBN 218809)
2  Summer J. Martin, Esq. (SBN 254168)
   TERRA LAW LLP
3  177 Park Avenue, Third Floor
   San Jose, California 95113
4  (408) 299-1200

5  Attorneys for Plaintiffs
   Rick Yu and Serlyn Yu
6

7

8               UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    (San Jose Division)

| | |
|---|---|
| 11  RICK YU, SERLYN YU, | Case No. C08-01771-RMW-PVT |
| 12           Plaintiffs, | [Assigned to Magistrate Patricia V. Trumbull] |
| 13      vs. | [PROPOSED] ORDER DENYING UTAH FINANCIAL, INC, DAVID L. SMITH, AND WAYNE MORRISON'S REQUEST FOR JUDICIAL NOTICE, MOTION TO DISMISS THE COMPLAINT [FRCP § 12(b)(6)] AND ALTERNATIVELY FOR A MORE DEFINITE STATEMENT |
| 14  UTAH FINANCIAL, INC., a California corporation, GREENPOINT MORTGAGE FUNDING, INC., a California corporation, DAVID L. SMITH, WAYNE MORRISON, and DOES 1 through 20, inclusive, | |
| 17           Defendants. | Date:      June 6, 2008<br>Time:     9:00 a.m.<br>Courtroom: 6, 4th Floor |

   The motion by defendants Utah Financial, Inc., David L. Smith and Wayne Morrison (herein "Defendants") to dismiss plaintiffs Rick Yu and Serlyn Yu's complaint pursuant to Fed. R. Civ. P. 12(b)(6) and alternatively for a more definite statement came on regularly for hearing in this Court on June 6, 2008. The Court having reviewed and considered the papers filed in support of and in opposition to the motion, and having considered the argument of counsel,

   IT IS HEREBY ORDERED that Defendants' request for judicial notice as to the Internet Web printouts attached as Exhibits B and C to the request for judicial notice is DENIED.

#1153867                              1
                                    ORDER

1     IT IS FURTHER ORDERED that defendants' motion to dismiss is DENIED.

2     IT IS FURTHER ORDERED that defendants' motion in the alternative for a more definite statement is DENIED.

    Plaintiffs have adequately pled causes of action against defendants for Breach of Fiduciary Duty, Negligent Misrepresentation, Intentional Misrepresentation, Violations of the Real Estate Settlement Procedures Act, and Violations of California Business and Professions Code Section 17200 et seq.

Dated:_____

_____
United States District Court Judge

#1153867

2

ORDER