Perry J. Woodward, Esq. (SBN 183876)
Mark W. Good, Esq. (SBN 218809)
Summer J. Martin, Esq. (SBN 254168)
TERRA LAW LLP
177 Park Avenue, Third Floor
San Jose, California 95113
(408) 299-1200

Attorneys for Plaintiffs
Rick Yu and Serlyn Yu

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| RICK YU, SERLYN YU, | Case No. C08-01771-RMW-PVT |
| Plaintiffs, | PROOF OF SERVICE |
| vs. | |
| UTAH FINANCIAL, INC., a California corporation, GREENPOINT MORTGAGE FUNDING, INC., a California corporation, DAVID L. SMITH, WAYNE MORRISON, and DOES 1 through 20, inclusive, | |
| Defendants. | |

#1153880                              1

## PROOF OF SERVICE

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 177 Park Avenue, 3rd Floor, San Jose, California 95113. On the date set forth below I served the documents described below:

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Philip M. Adelson, Esq.<br>Duane W. Shewaga, Esq.<br>ADELSON, HESS & KELLY, APC<br>577 Salmar Avenue, Second Floor<br>Campbell, CA 95008 | Ronald R. Arlas, Esq.<br>ARLAS & SMITHTON<br>100 Wood Hollow Drive<br>Novato, CA 94945 |
| Edward R. Buell, III, Jr., Esq.<br>GREENPOINT MORTGAGE FUNDING<br>100 Wood Hollow Drive<br>Novato, CA 94945 | |

☒ (BY U.S. MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to each facsimile machine number listed above.

☐ (BY FEDERAL EXPRESS) I caused such envelope(s) with postage thereon fully prepaid to be placed in the Federal Express office at San Jose, California.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 6, 2008, at San Jose, California.

/s/ Lisa Murphy