Perry J. Woodward, Esq. (SBN 183876)
Mark W. Good, Esq. (SBN 218809)
Summer J. Martin, Esq. (SBN 254168)
TERRA LAW LLP
177 Park Avenue, Third Floor
San Jose, California 95113
(408) 299-1200

Attorneys for Plaintiffs
Rick Yu and Serlyn Yu

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| RICK YU, SERLYN YU, | Case No. C08-01771-RMW-PVT |
| Plaintiffs, | [Assigned to Magistrate Patricia V. Trumbull] |
| vs. | PLAINTIFFS RICK YU AND SERLYN YU'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| UTAH FINANCIAL, INC., a California corporation, GREENPOINT MORTGAGE FUNDING, INC., a California corporation, DAVID L. SMITH, WAYNE MORRISON, and DOES 1 through 20, inclusive, | Date:  June 6, 2008<br>Time:  9:00 a.m.<br>Courtroom: 6, 4th Floor |
| Defendants. | |

Pursuant to Civil L.R. 3-16, plaintiffs Rick Yu and Serlyn Yu certify that as of this date, other than the named parties, there is no such interest to report.

Dated:  May 5, 2008                                   TERRA LAW LLP


                                                      By: __/s/   Mark W. Good__
                                                          Mark W. Good
                                                          Attorneys for Plaintiffs Rick and Serlyn Yu

#1153880                                    1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS