1  Perry J. Woodward, Esq. (SBN 183876)
   Mark W. Good, Esq. (SBN 218809)
2  Summer J. Martin, Esq. (SBN 254168)
   TERRA LAW LLP
3  177 Park Avenue, Third Floor
   San Jose, California 95113
4  (408) 299-1200

5  Attorneys for Plaintiffs
   Rick Yu and Serlyn Yu
6

7

8                UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     (San Jose Division)

11 | RICK YU, SERLYN YU,                              | Case No. C08-01771-RMW-PVT
12 |                Plaintiffs,                       | [Assigned to Magistrate Patricia V. Trumbull]
13 |     vs.                                          | AMENDED PROOF OF SERVICE
14 | UTAH FINANCIAL, INC., a California
   | corporation, GREENPOINT MORTGAGE
15 | FUNDING, INC., a California corporation,
   | DAVID L. SMITH, WAYNE MORRISON,
16 | and DOES 1 through 20, inclusive,
17 |                Defendants.

#1153880                           1

## PROOF OF SERVICE

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 177 Park Avenue, 3rd Floor, San Jose, California 95113. On the date set forth below I served the documents described below:

**RICK YU AND SERLYN YU'S OPPOSITION TO UTAH FINANCIAL, INC.'S, DAVID L. SMITH'S AND WAYNE MORRISON'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) AND REQUEST FOR JUDICIAL NOTICE**

**PLAINTIFFS RICK YU AND SERLYN YU'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**[PROPOSED] ORDER DENYING UTAH FINANCIAL, INC, DAVID L. SMITH, AND WAYNE MORRISON'S REQUEST FOR JUDICIAL NOTICE, MOTION TO DISMISS THE COMPLAINT [FRCP § 12(b)(6)] AND ALTERNATIVELY FOR A MORE DEFINITE STATEMENT**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Philip M. Adelson, Esq.<br>Duane W. Shewaga, Esq.<br>ADELSON, HESS & KELLY, APC<br>577 Salmar Avenue, Second Floor<br>Campbell, CA 95008 | Ronald R. Arlas, Esq.<br>ARLAS & SMITHTON<br>100 Wood Hollow Drive<br>Novato, CA 94945 |
| Edward R. Buell, III, Jr., Esq.<br>GREENPOINT MORTGAGE FUNDING<br>100 Wood Hollow Drive<br>Novato, CA 94945 | |

☒ (BY U.S. MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to each facsimile machine number listed above.

☐ (BY FEDERAL EXPRESS) I caused such envelope(s) with postage thereon fully prepaid to be placed in the Federal Express office at San Jose, California.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 6, 2008, at San Jose, California.

/s/ Lisa Murphy