RONALD M. ARLAS, ESQ. #59091
ARLAS & SMITHTON
100 Wood Hollow Drive
Novato, CA 94945
(415) 878-5390
Fax (415) 878-3595

EDWARD R. BUELL, ESQ. #240494
GREENPOINT MORTGAGE FUNDING, INC.
100 Wood Hollow Drive
Novato, Ca. 94945
(415) 878-5616
Fax (4150 878-3593

Attorneys for Defendant GREENPOINT MORTGAGE
FUNDING, INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| RICK YU et al.<br><br>  Plaintiffs,<br><br>vs.<br><br>UTAH FINANCIAL, et al.<br><br>  Defendants. | Case No. CO8-01771-RMW-PVT<br><br>[Assigned to Magistrate Patricia V. Trumbell]<br><br>DEFENDANT GREENPOINT MORTGAGE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed corporations or other entities (i) have a financial interest in the subject matter in controversy or (ii) have a non-financial interest in the subject matter that could be substantially affect by the outcome of the proceeding:

1. GREENPOINT MORTGAGE FUNDING, INC., ("GPM") initially funded both YU loans. It then sold both loans to Lehman Brothers Bank and transferred the servicing rights to GMAC

Mortgage, LLC. GPM has had no financial or proprietary interest in either of the YU loans since 8/9/2007. GPM has no knowledge as to whether or not Lehman Brothers or GMAC has subsequently sold the loans or transferred any servicing rights. Plaintiffs would know who currently services their loans unless they have defaulted on their loans. Plaintiffs should have named their current servicers if one of their goals is to attempt to modify either or both of their loans.

Dated: May 6, 2008

ARLAS & SMITHTON

*/s/ Ronald M. Arlas*
RONALD M. ARLAS, ESQ.
Attorney for Def. GREENPOINT MORTGAGE

\Certification of Interested Entities or Persons 5.08

## PROOF OF SERVICE

I declare that I am over the age of eighteen and not a party to the within entitled action. I am employed in the County of Marin, State of California. My business address is 100 Wood Hollow Drive, Novato, California 94945

On May 6th, 2008, I caused a copy of the **DEFENDANT GREENPOINT MORTGAGE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** to be served on all parties in said action, by delivering a true copy thereof in a sealed envelope addressed as follows:

Perry J. Woodward, Esq.  
Mark W. Good, Esq.  
Summer J. Martin, Esq.  
TERRA LAW LLP  
177 Park Avenue, Third Floor  
San Jose, CA 95113  
*Attorney for Plaintiff*

Phillip M. Adleson, Esq.  
Duane W. Shewaga, Esq.  
ADLESON, HESS & KELLY, APC  
577 Salmar Avenue, Second Floor  
Campbell, California 95008  
*Attorneys for Defendants Utah Financial, Inc., Wayne Morrison and David L. Smith*

XXX  (BY MAIL) Being familiar with this firm's collection and processing of documents for deposit into the United States mail, I caused each envelope to be placed in the United States mail at Novato, California with FIRST CLASS postage thereupon fully prepaid.

____  (BY OVERNIGHT COURIER) I caused the envelope to be sent via _____.

____  (BY HAND) I caused each envelope to be delivered by hand.

____  (BY TELECOPIER) I caused each document to be electronically transmitted to the following number(s): _____.

____  (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XXX  (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of May 2008, in Novato, CA.

*/s/ Marcia Cambiano*

---

- 1 -  
PROOF OF SERVICE