1  Perry J. Woodward, Esq. (SBN 183876)
   Mark W. Good, Esq. (SBN 218809)
2  Summer J. Martin, Esq. (SBN 254168)
   TERRA LAW LLP
3  177 Park Avenue, Third Floor
   San Jose, California 95113
4  (408) 299-1200

5  Attorneys for Plaintiffs
   Rick Yu and Serlyn Yu
6

7

8                UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     (San Jose Division)

| 11 | RICK YU, SERLYN YU, | Case No. C08-01771-RMW-PVT |
|---|---|---|
| 12 | Plaintiffs, | [Assigned to Magistrate Patricia V. Trumbull] |
| 13 | vs. | STIPULATION AND ORDER ENLARGING TIME FOR HEARING |
| 14 | UTAH FINANCIAL, INC., a California corporation, GREENPOINT MORTGAGE FUNDING, INC., a California corporation, DAVID L. SMITH, WAYNE MORRISON, and DOES 1 through 20, inclusive, | Date: June 6, 2008<br>Time: 9:00 a.m.<br>Courtroom: 6, 4th Floor<br>Judge: Ronald M. Whyte |
| 17 | Defendants. | |

19    IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by

20 their respective counsel, that the Motion to Dismiss the Complaint [FRCP §12 (b)(6)] and

21 Alternatively for a More Definite Statement by defendant GreenPoint Mortgage Funding, Inc.,

22 and the Motion to Dismiss the Complaint [FRCP §12(b)(6)] and Request for Judicial Notice by

23 defendants Utah Financial, Inc., David L. Smith and Wayne Morrison to the Complaint of

24 plaintiffs Rick Yu and Serlyn Yu, presently set for hearing on June 6, 2008 at 9:00 a.m., shall be

25 rescheduled and heard on June 13, 2008, at 9:00 a.m. due to a scheduling conflict as described

26 //

27 //

28 //

#1153922                              1
STIPULATION AND ORDER ENLARGING TIME FOR HEARING

in the accompanying declaration of Summer J. Martin, counsel for plaintiffs.

Dated:   May 9, 2008                    TERRA LAW LLP

                                        By: /s/ Summer J. Martin
                                            Summer J. Martin
                                            Attorneys for Plaintiffs
                                            Rick Yu, Serlyn Yu

Dated: May ___, 2008                    ADLESON, HESS & KELLY, APC

                                        By: _____
                                            Duane Shewaga
                                            Attorneys for Defendants
                                            Utah Financial, Inc., David L. Smith,
                                            Wayne Morrison

Dated: May ___, 2008                    GREENPOINT MORTGAGE FUNDING, INC.

                                        By: _____
                                            Edward Buell
                                            Attorneys for Defendants
                                            GreenPoint Mortgage Funding, Inc.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED that the Motion to Dismiss the Complaint [FRCP §12 (b)(6)] and Alternatively for a More Definite Statement by defendant GreenPoint Mortgage Funding, Inc., and the Motion to Dismiss the Complaint [FRCP §12(b)(6)] and Request for Judicial Notice by defendants Utah Financial, Inc., David L. Smith and Wayne Morrison to the Complaint of plaintiffs Rick Yu and Serlyn Yu, presently set for hearing on June 6, 2008 at 9:00 a.m., shall be rescheduled and heard on June 13, 2008, at 9:00 a.m.

Dated:   May _____, 2008

                                        _____
                                        United States District Court Judge

in the accompanying declaration of Summer J. Martin, counsel for plaintiffs.

Dated:  May 9, 2008                         TERRA LAW LLP

                                            By: /s/ Summer J. Martin
                                                Summer J. Martin
                                                Attorneys for Plaintiffs
                                                Rick Yu, Serlyn Yu

Dated: May ___, 2008                        ADLESON, HESS & KELLY, APC

                                            By: _____
                                                Duane Shewaga
                                                Attorneys for Defendants
                                                Utah Financial, Inc., David L. Smith,
                                                Wayne Morrison

Dated: May 12, 2008                         GREENPOINT MORTGAGE FUNDING, INC.

                                            By: /s/ Edward Buell
                                                Edward Buell
                                                Attorneys for Defendants
                                                GreenPoint Mortgage Funding, Inc.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED that the Motion to Dismiss the Complaint [FRCP §12 (b)(6)] and Alternatively for a More Definite Statement by defendant GreenPoint Mortgage Funding, Inc., and the Motion to Dismiss the Complaint [FRCP §12(b)(6)] and Request for Judicial Notice by defendants Utah Financial, Inc., David L. Smith and Wayne Morrison to the Complaint of plaintiffs Rick Yu and Serlyn Yu, presently set for hearing on June 6, 2008 at 9:00 a.m., shall be rescheduled and heard on June 13, 2008, at 9:00 a.m.

Dated:  May _____, 2008

                                            _____
                                            United States District Court Judge

#1153922                                    2

1 | in the accompanying declaration of Summer J. Martin, counsel for plaintiffs.

2 | Dated: May 9, 2008                    TERRA LAW LLP

By: *(signed)*
Summer J. Martin
Attorneys for Plaintiffs
Rick Yu, Serlyn Yu

Dated: May 9, 2008                    ADLESON, HESS & KELLY, APC

By: *(signed)*
Duane Shewaga
Attorneys for Defendants
Utah Financial, Inc., David L. Smith,
Wayne Morrison

Dated: May ___, 2008                    GREENPOINT MORTGAGE FUNDING, INC.

By: _____
Edward Buell
Attorneys for Defendants
GreenPoint Mortgage Funding, Inc.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED that the Motion to Dismiss the Complaint [FRCP §12 (b)(6)] and Alternatively for a More Definite Statement by defendant GreenPoint Mortgage Funding, Inc., and the Motion to Dismiss the Complaint [FRCP §12(b)(6)] and Request for Judicial Notice by defendants Utah Financial, Inc., David L. Smith and Wayne Morrison to the Complaint of plaintiffs Rick Yu and Serlyn Yu, presently set for hearing on June 6, 2008 at 9:00 a.m., shall be rescheduled and heard on June 13, 2008, at 9:00 a.m.

Dated: May _____, 2008

_____
United States District Court Judge

#1153922                              2
STIPULATION AND ORDER ENLARGING TIME FOR HEARING