Perry J. Woodward, Esq. (SBN 183876)
Mark W. Good, Esq. (SBN 218809)
Summer J. Martin, Esq. (SBN 254168)
TERRA LAW LLP
177 Park Avenue, Third Floor
San Jose, California 95113
(408) 299-1200

Attorneys for Plaintiffs
Rick Yu and Serlyn Yu

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| RICK YU, SERLYN YU, | Case No. C08-01771-RMW-PVT |
| Plaintiffs, | [Assigned to Magistrate Patricia V. Trumbull] |
| vs. | DECLARATION OF SUMMER J. MARTIN IN SUPPORT OF STIPULATION AND ORDER ENLARGING TIME FOR HEARING |
| UTAH FINANCIAL, INC., a California corporation, GREENPOINT MORTGAGE FUNDING, INC., a California corporation, DAVID L. SMITH, WAYNE MORRISON, and DOES 1 through 20, inclusive, | Date:      June 6, 2008<br>Time:      9:00 a.m.<br>Courtroom: 6, 4th Floor<br>Judge:     Ronald M. Whyte |
| Defendants. | |

I, Summer J. Martin declare:

1. I am an attorney at law, duly licensed to practice in all courts of the State of California, and I am counsel for plaintiffs Rick Yu and Serlyn Yu in the above-captioned action.

2. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify thereto.

3. The Motion to Dismiss the Complaint [FRCP §12 (b)(6)] and Alternatively for a More Definite Statement by defendant GreenPoint Mortgage Funding, Inc., and the Motion to Dismiss the Complaint [FRCP §12(b)(6)] and Request for Judicial Notice by defendants Utah Financial, Inc., David L. Smith and Wayne Morrison to the Complaint of plaintiffs Rick Yu and

1  Serlyn Yu, was set for hearing on June 6, 2008 at 9:00 a.m. on the Court's own motion.

2      4.    Pursuant to Stipulation, all parties request the date set for hearing be rescheduled
3  to June 13, 2008 at 9:00 a.m. This date is suitable for all parties, and their counsel, and all
4  parties have stipulated to this extension of time.

5      5.    The principal attorneys for Plaintiffs are myself and Mark W. Good. Neither I
6  nor Mark W. Good are available to attend the hearing on June 6, 2008 because we are both
7  scheduled to attend a pre-paid conference in San Francisco, California from 8:30 a.m. to 5:00
8  p.m. We were scheduled to attend this conference before the Court's notice of the June 6, 2008
9  hearing date.

10     6.    The hearing date of June 6, 2008 was selected by this Court in an effort to
11 consolidate the prior scheduled hearing dates of May 13, 2008, which was selected by
12 defendant GreenPoint Mortgage Funding, Inc., and May 30, 2008, which was selected by
13 defendants Utah Financial, Inc., David L. Smith and Wayne Morrison. The consolidated
14 hearing date of June 6, 2008 was set independently by the Court.

15     7.    To date, Plaintiffs have not previously requested any time modifications in this
16 case.

Dated: May 9, 2008

TERRA LAW LLP

By: _____
Summer J. Martin
Attorneys for Plaintiffs
Rick Yu, Serlyn Yu

#1153948

2

DECLARATION OF SUMMER J. MARTIN IN SUPPORT OF STIPULATION AND ORDER