```
 1  Perry J. Woodward, Esq. (SBN 183876)
    Mark W. Good, Esq. (SBN 218809)
 2  Summer J. Martin, Esq. (SBN 254168)
    TERRA LAW LLP
 3  177 Park Avenue, Third Floor
    San Jose, California 95113
 4  (408) 299-1200

 5  Attorneys for Plaintiffs
    Rick Yu and Serlyn Yu                    *E-FILED - 5/15/08*
 6
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| RICK YU, SERLYN YU, | Case No. C08-01771-RMW-PVT |
|---|---|
| Plaintiffs, | [Assigned to ~~Magistrate Judge Patricia V. Trumbull~~] Judge Ronald M. Whyte |
| vs. | STIPULATION AND ORDER ENLARGING TIME FOR HEARING |
| UTAH FINANCIAL, INC., a California corporation, GREENPOINT MORTGAGE FUNDING, INC., a California corporation, DAVID L. SMITH, WAYNE MORRISON, and DOES 1 through 20, inclusive, | Date: June 6, 2008<br>Time: 9:00 a.m.<br>Courtroom: 6, 4th Floor<br>Judge: Ronald M. Whyte |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective counsel, that the Motion to Dismiss the Complaint [FRCP §12 (b)(6)] and Alternatively for a More Definite Statement by defendant GreenPoint Mortgage Funding, Inc., and the Motion to Dismiss the Complaint [FRCP §12(b)(6)] and Request for Judicial Notice by defendants Utah Financial, Inc., David L. Smith and Wayne Morrison to the Complaint of plaintiffs Rick Yu and Serlyn Yu, presently set for hearing on June 6, 2008 at 9:00 a.m., shall be rescheduled and heard on ~~June 13~~ July 25, 2008, at 9:00 a.m. due to a scheduling conflict as described

//

//

//

#1153922                              1
STIPULATION AND ORDER ENLARGING TIME FOR HEARING

in the accompanying declaration of Summer J. Martin, counsel for plaintiffs.

Dated:   May 9, 2008                             TERRA LAW LLP

By: _____
Summer J. Martin
Attorneys for Plaintiffs
Rick Yu, Serlyn Yu

Dated: May ___, 2008                             ADLESON, HESS & KELLY, APC

By: _____
Duane Shewaga
Attorneys for Defendants
Utah Financial, Inc., David L. Smith,
Wayne Morrison

Dated: May ___, 2008                             GREENPOINT MORTGAGE FUNDING, INC.

By: _____
Edward Buell
Attorneys for Defendants
GreenPoint Mortgage Funding, Inc.

### ORDER

Pursuant to stipulation, IT IS SO ORDERED that the Motion to Dismiss the Complaint [FRCP §12 (b)(6)] and Alternatively for a More Definite Statement by defendant GreenPoint Mortgage Funding, Inc., and the Motion to Dismiss the Complaint [FRCP §12(b)(6)] and Request for Judicial Notice by defendants Utah Financial, Inc., David L. Smith and Wayne Morrison to the Complaint of plaintiffs Rick Yu and Serlyn Yu, presently set for hearing on June 6, 2008 at 9:00 a.m., shall be rescheduled and heard on ~~June 13~~ July 25, 2008, at 9:00 a.m.

Dated: May _____, 2008

_____
United States District Court Judge

#1153922                                    2
STIPULATION AND ORDER ENLARGING TIME FOR HEARING

in the accompanying declaration of Summer J. Martin, counsel for plaintiffs.

Dated:   May 9, 2008                              TERRA LAW LLP

By: _____
   Summer J. Martin
   Attorneys for Plaintiffs
   Rick Yu, Serlyn Yu

Dated: May ___, 2008                              ADLESON, HESS & KELLY, APC

By: _____
   Duane Shewaga
   Attorneys for Defendants
   Utah Financial, Inc., David L. Smith,
   Wayne Morrison

Dated: May 12, 2008                               GREENPOINT MORTGAGE FUNDING, INC.

By: _____
   Edward Buell
   Attorneys for Defendants
   GreenPoint Mortgage Funding, Inc.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED that the Motion to Dismiss the Complaint [FRCP §12 (b)(6)] and Alternatively for a More Definite Statement by defendant GreenPoint Mortgage Funding, Inc., and the Motion to Dismiss the Complaint [FRCP §12(b)(6)] and Request for Judicial Notice by defendants Utah Financial, Inc., David L. Smith and Wayne Morrison to the Complaint of plaintiffs Rick Yu and Serlyn Yu, presently set for hearing on June 6, 2008 at 9:00 a.m., shall be rescheduled and heard on July 25, 2008, at 9:00 a.m.

Dated:  May _____, 2008

_____
United States District Court Judge

#1153922                                                2
STIPULATION AND ORDER ENLARGING TIME FOR HEARING

in the accompanying declaration of Summer J. Martin, counsel for plaintiffs.

Dated: May 9, 2008        TERRA LAW LLP

By: _____
Summer J. Martin
Attorneys for Plaintiffs
Rick Yu, Serlyn Yu

Dated: May 9, 2008        ADLESON, HESS & KELLY, APC

By: _____
Duane Shewaga
Attorneys for Defendants
Utah Financial, Inc., David L. Smith,
Wayne Morrison

Dated: May ___, 2008        GREENPOINT MORTGAGE FUNDING, INC.

By: _____
Edward Buell
Attorneys for Defendants
GreenPoint Mortgage Funding, Inc.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED that the Motion to Dismiss the Complaint [FRCP §12 (b)(6)] and Alternatively for a More Definite Statement by defendant GreenPoint Mortgage Funding, Inc., and the Motion to Dismiss the Complaint [FRCP §12(b)(6)] and Request for Judicial Notice by defendants Utah Financial, Inc., David L. Smith and Wayne Morrison to the Complaint of plaintiffs Rick Yu and Serlyn Yu, presently set for hearing on June 6, 2008 at 9:00 a.m., shall be rescheduled and heard on July 25, 2008, at 9:00 a.m.

Dated: May 15, 2008

_Ronald M. Whyte_
United States District Court Judge