Perry J. Woodward, Esq. (SBN 183876)
Mark W. Good, Esq. (SBN 218809)
Summer J. Martin, Esq. (SBN 254168)
TERRA LAW LLP
177 Park Avenue, Third Floor
San Jose, California 95113
(408) 299-1200

Attorneys for Plaintiffs
Rick Yu and Serlyn Yu

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| RICK YU, SERLYN YU,<br><br>Plaintiffs,<br><br>vs.<br><br>UTAH FINANCIAL, INC., a California corporation, GREENPOINT MORTGAGE FUNDING, INC., a California corporation, DAVID L. SMITH, WAYNE MORRISON, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  C08-01771-RMW-PVT<br><br>[Assigned to Magistrate Patricia V. Trumbull]<br><br>STIPULATION AND ORDER ENLARGING TIME FOR INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date:        August 8, 2008<br>Time:        10:30 a.m.<br>Courtroom: 6, 4th Floor<br>Judge:       Ronald M. Whyte |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by

their respective counsel, that the Initial Case Management Conference presently scheduled for

August 8, 2008 at 10:30 a.m. shall be rescheduled and held on November 21, 2008, at 10:30

a.m., and this Court shall adjust and reschedule the accompanying ADR deadlines accordingly.

This Stipulation is due to a hearing in this case scheduled for July 25, 2008, as detailed in the

accompanying declaration of Summer J. Martin, counsel for plaintiffs.

Dated:   May 22, 2008                          TERRA LAW LLP

By: _____
     Summer J. Martin
     Attorneys for Plaintiffs
     Rick Yu, Serlyn Yu

1

2  Dated: May 22, 2008                    ADLESON, HESS & KELLY, APC

3

4                                         By: /

5                                             Duane Shewaga
                                             Attorneys for Defendants
6                                             Utah Financial, Inc., David L. Smith,
                                             Wayne Morrison
7  Dated: May ___, 2008                   GREENPOINT MORTGAGE FUNDING, INC.

8

9                                         By: _____

10                                            Edward Buell
                                             Attorneys for Defendants
11                                            GreenPoint Mortgage Funding, Inc.

12

13                                **ORDER**

14  Pursuant to stipulation, IT IS SO ORDERED that the Initial Case Management Conference

15  presently scheduled for August 8, 2008 at 10:30 a.m. shall be rescheduled and held on

16  November 21, 2008, at 10:30 a.m., and the accompanying deadlines shall be adjusted and

17  rescheduled accordingly.

18

19  Dated:  May _____, 2008

20

21                                         _____
                                           United States District Court Judge
22

23

24

25

26

27

28

#1154092                                 2
STIPULATION AND ORDER ENLARGING TIME FOR INITIAL CASE MANAGEMENT CONFERENCE

1

2  Dated: May ___, 2008                    ADLESON, HESS & KELLY, APC

3

4                                          By: _____

5                                              Duane Shewaga
                                               Attorneys for Defendants
6                                              Utah Financial, Inc., David L. Smith,
                                               Wayne Morrison
7  Dated: May 22, 2008                     GREENPOINT MORTGAGE FUNDING, INC.

8

9                                          By: _____

10                                             Edward Buell
                                               Attorneys for Defendants
11                                             GreenPoint Mortgage Funding, Inc.

12

13                                              **ORDER**

14  Pursuant to stipulation, IT IS SO ORDERED that the Initial Case Management Conference

15  presently scheduled for August 8, 2008 at 10:30 a.m. shall be rescheduled and held on

16  November 21, 2008, at 10:30 a.m., and the accompanying deadlines shall be adjusted and

17  rescheduled accordingly.

18

19  Dated:  May _____, 2008

20                                              _____
21                                              United States District Court Judge

22

23

24

25

26

27

28