```
 1  Perry J. Woodward, Esq. (SBN 183876)
    Mark W. Good, Esq. (SBN 218809)
 2  Summer J. Martin, Esq. (SBN 254168)
    TERRA LAW LLP
 3  177 Park Avenue, Third Floor
    San Jose, California 95113
 4  (408) 299-1200

 5  Attorneys for Plaintiffs
    Rick Yu and Serlyn Yu
 6

 7
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| RICK YU, SERLYN YU,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>UTAH FINANCIAL, INC., a California corporation, GREENPOINT MORTGAGE FUNDING, INC., a California corporation, DAVID L. SMITH, WAYNE MORRISON, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. C08-01771-RMW-PVT<br><br>[Assigned to Magistrate Patricia V. Trumbull]<br><br>DECLARATION OF SUMMER J. MARTIN IN SUPPORT OF STIPULATION AND ORDER ENLARGING TIME FOR INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date:　　August 8, 2008<br>Time:　　10:30 a.m.<br>Courtroom: 6, 4th Floor<br>Judge:　　Ronald M. Whyte |

I, Summer J. Martin declare:

　　1.　　I am an attorney at law, duly licensed to practice in all courts of the State of California, and I am counsel for plaintiffs Rick Yu and Serlyn Yu in the above-captioned action.

　　2.　　I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify thereto.

　　3.　　The Initial Case Management Conference and the accompanying deadlines was scheduled on August 8, 2008 at 10:30 a.m. pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines, which was approximately four months past the filing of the Notice of Removal date of April 2, 2008.

4. Pursuant to Stipulation, all parties request the date set for the Initial Case Management Conference be rescheduled to November 21, 2008 at 10:30 a.m, and this Court also adjusts and reschedules the accompanying deadlines accordingly.

5. Since the Initial Case Management Conference and ADR Deadlines was ordered, defendant GreenPoint Mortgage Funding, Inc. filed a Motion to Dismiss the Complaint [FRCP §12 (b)(6)] and Alternatively for a More Definite Statement, and defendants Utah Financial, Inc., David L. Smith and Wayne Morrison filed a Motion to Dismiss the Complaint [FRCP §12(b)(6)] and Request for Judicial Notice ("Motions to Dismiss"). A hearing on these matters is currently scheduled for July 25, 2008. As such, it is possible that there will be no Answer from defendants before the currently scheduled Initial Case Management Conference.

6. In effort to conserve attorneys' fees and costs, Plaintiffs do not wish to engage in any ADR activities until after this Court has made its final ruling on defendants' Motions to Dismiss, and/or receipt of defendants' Answer to plaintiffs' Complaint. As evidenced by the accompanying Stipulation, defendants agree with the necessity of this rescheduling.

7. To date, Plaintiffs have requested one previous time modification in this case regarding rescheduling the hearing date for defendants' Motions to Dismiss.

Dated: May 22, 2008

TERRA LAW LLP

By: /s/ Summer J. Martin
Summer J. Martin
Attorneys for Plaintiffs
Rick Yu, Serlyn Yu

#1154096

2

DECLARATION OF SUMMER J. MARTIN IN SUPPORT OF STIPULATION AND ORDER