```
 1  Perry J. Woodward, Esq. (SBN 183876)
    Mark W. Good, Esq. (SBN 218809)
 2  Summer J. Martin, Esq. (SBN 254168)
    TERRA LAW LLP
 3  177 Park Avenue, Third Floor
    San Jose, California 95113
 4  (408) 299-1200

 5  Attorneys for Plaintiffs                    *E-FILED - 6/3/08*
    Rick Yu and Serlyn Yu
 6
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| RICK YU, SERLYN YU, | Case No. C08-01771-RMW xxxxxx |
|---|---|
| Plaintiffs, | [xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx] |
| vs. | STIPULATION AND ORDER ENLARGING TIME FOR INITIAL CASE MANAGEMENT CONFERENCE |
| UTAH FINANCIAL, INC., a California corporation, GREENPOINT MORTGAGE FUNDING, INC., a California corporation, DAVID L. SMITH, WAYNE MORRISON, and DOES 1 through 20, inclusive, | Date:      August 8, 2008<br>Time:     10:30 a.m.<br>Courtroom: 6, 4th Floor<br>Judge:    Ronald M. Whyte |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective counsel, that the Initial Case Management Conference presently scheduled for August 8, 2008 at 10:30 a.m. shall be rescheduled and held on November 21, 2008, at 10:30 a.m., and this Court shall adjust and reschedule the accompanying ADR deadlines accordingly. This Stipulation is due to a hearing in this case scheduled for July 25, 2008, as detailed in the accompanying declaration of Summer J. Martin, counsel for plaintiffs.

Dated:   May 22, 2008                     TERRA LAW LLP



                                          By: _____
                                              Summer J. Martin
                                              Attorneys for Plaintiffs
                                              Rick Yu, Serlyn Yu

#1154092                                       1
STIPULATION AND ORDER ENLARGING TIME FOR INITIAL CASE MANAGEMENT CONFERENCE

Dated: May 22, 2008

ADLESON, HESS & KELLY, APC

By: /s/ Duane Shewaga
Duane Shewaga
Attorneys for Defendants
Utah Financial, Inc., David L. Smith,
Wayne Morrison

Dated: May ___, 2008

GREENPOINT MORTGAGE FUNDING, INC.

By: _____
Edward Buell
Attorneys for Defendants
GreenPoint Mortgage Funding, Inc.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED that the Initial Case Management Conference presently scheduled for August 8, 2008 at 10:30 a.m. shall be rescheduled and held on November 21, 2008, at 10:30 a.m., and the accompanying deadlines shall be adjusted and rescheduled accordingly.

Dated: May _____, 2008

_____
United States District Court Judge

#1154092

2

STIPULATION AND ORDER ENLARGING TIME FOR INITIAL CASE MANAGEMENT CONFERENCE

1
2   Dated: May ___, 2008                    ADLESON, HESS & KELLY, APC
3
4                                           By: _____
                                                Duane Shewaga
5                                               Attorneys for Defendants
                                                Utah Financial, Inc., David L. Smith,
6                                               Wayne Morrison
7   Dated: May 22, 2008                     GREENPOINT MORTGAGE FUNDING, INC.
8
9                                           By: _____
                                                Edward Buell
10                                              Attorneys for Defendants
                                                GreenPoint Mortgage Funding, Inc.
11
12
                                        ORDER
13
14  Pursuant to stipulation, IT IS SO ORDERED that the Initial Case Management Conference
15  presently scheduled for August 8, 2008 at 10:30 a.m. shall be rescheduled and held on
16  November 21, 2008, at 10:30 a.m., and the accompanying deadlines shall be adjusted and
17  rescheduled accordingly.
18
19  Dated: June 3, 2008                     _____
20                                          Ronald M. Whyte
                                            United States District Court Judge
21

#1154092                                    2
STIPULATION AND ORDER ENLARGING TIME FOR INITIAL CASE MANAGEMENT CONFERENCE