## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

DATE: July 25, 2008

Case No. C-08-01771-RMW   JUDGE: Ronald M. Whyte

RICK YU, et al.   -V- UTAH FINANCIAL, INC., et al.
Title

S. Martin, M. Good   No Appearance
Attorneys Present (Plaintiff)   Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia   COURT REPORTER: Lee-Anne Shortridge

## PROCEEDINGS

## DEFENDANT'S MOTION TO DISMISS

**ORDER AFTER HEARING**

Hearing Held. Defense counsel make a request to appear by phone but was not available when the Court initiated the call. The Court took the matter under submission without oral argument. The Court's tentative ruling is to deny the motion to dismiss and motion for more definite statement. The allegations are sufficient to state a claim under RESPA and provide notice the defendant to the nature of the claims. The Court to send out a final order to the parties. The matter is deemed submitted.