ADLESON, HESS & KELLY, APC
Phillip M. Adleson, Esq. (CSB# 69957)
padleson@ahk-law.com
Duane W. Shewaga, Esq. (CSB# 116837)
dshewaga@ahk-law.com
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250

Attorneys for Defendants
UTAH FINANCIAL, INC.
DAVID L. SMITH
WAYNE MORRISON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## (San Jose Division)

| | |
|---|---|
| RICK YU and SERLYN YU,<br><br>Plaintiffs,<br><br>vs.<br><br>UTAH FINANCIAL, INC., erroneously sued as a California corporation; GREENPOINT MORTGAGE FUNDING, INC.; DAVID L. SMITH, WAYNE MORRISON, et al.,<br><br>Defendants. | Case No. C 08-01771 RMW<br><br>**DECLARATION OF BRENDON CASSITY IN SUPPORT OF APPLICATION FOR ORDER DETERMINING GOOD FAITH OF SETTLEMENT**<br><br>Accompanying Documents: Notice of Application for Order Determining Good Faith of Settlement and Notice of Settlement; [Proposed] Order |

I, Brendon Cassity, declare that:

    1.    I am the President of UTAH FINANCIAL, INC. (herein "Utah Financial"), who is sued herein as a defendant in the above-entitled action. I am personally familiar with and competent to testify as to the matters stated herein if called as a witness, except as to those matters stated on information and belief. I am familiar with all aspects of Utah Financial's business, and the records and documents maintained in connection therewith.

    2.    This declaration is made in support of Utah Financial's application to determine that its settlement with the plaintiffs is in good faith.

3. While Utah Financial denies that it or its employees committed any wrongful acts in connection the matters alleged in plaintiffs' complaint, Utah Financial agreed to settle the matter in light of its financial condition and the continuing cost of on-going litigation. Utah Financial is experiencing a significant downturn in its business, as are most Residential Mortgage Lenders. Utah Financial suffered a loss of half-a-million dollars last year and no longer does business in California. Mr. Smith and Mr. Morrison are no longer employed with Utah Financial. All of the yield spread premiums paid by GreenPoint in connection with the loans which are the subject of the above-entitled action, except for $200 per loan, were paid to these individuals by Utah Financial. The amount of the yield spread premiums paid to Utah Financial and its former employees was set by GreenPoint. It is my belief that neither Mr. Morrison nor Mr. Smith has the ability to contribute to this settlement, as they are no longer employed by Utah Financial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and if sworn as a witness, I would testify competently thereto.

Executed this _18_ day of August 2008, at Midvale, Utah.

_____
Brendon Cassity, President
UTAH FINANCIAL, INC.

ADLESON, HESS
& KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM
©ADLESON, HESS &

# CERTIFICATION OF SERVICE BY CERTIFIED RETURN RECEIPT MAIL

I, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the within-entitled action. I am employed in Santa Clara County, California, with the law firm of ADLESON, HESS & KELLY, APC. My business address is 577 Salmar Avenue, Second Floor, Campbell, California, 95008.

On August 25, 2008, I served upon the interested party(ies) in the action the foregoing document described as:

**DECLARATION OF BRENDON CASSITY IN SUPPORT OF APPLICATION FOR ORDER DETERMINING GOOD FAITH OF SETTLEMENT**

[X]     By placing ____ the original  X  true copy(ies) thereof enclosed in sealed envelope(s) addressed to:

| | |
|---|---|
| Mark W. Good, Esq.<br>Summer J. Martin, Esq.<br>TERRA LAW, LLP<br>177 Park Avenue, 3rd Floor<br>San Jose, CA  95113<br>T: (408) 288-1200<br>F: (408) 998-4895 | **For Plaintiffs RICK YU and SERLYN YU** |
| Ron M. Arlas, Esq.<br>Ted Buell, Esq.<br>ARLAS & SMITHTON<br>100 Wood Hollow Drive<br>Novato, CA  94945<br>T: (415) 878-5390<br>F: (415) 878-3595<br>ron.arlas@greenpoint.com<br>ted.buell@greenpoint.com | **For Defendant GREEN POINT MORTGAGE** |

[X]     BY CERTIFIED RETURN RECEIPT MAIL I deposited such envelope(s) with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at Campbell, California. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Campbell, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing, pursuant to this affidavit.

[X]     WITH CERTIFICATE OF MAILING  A certificate of mailing was obtained from the United States Post Office evidencing the mailing referenced above.

ADLESON, HESS & KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM

C 08-01771 RMW        CERTIFICATE OF SERVICE        PAGE 2

1
2  [ ]     BY FEDEX  I caused such envelope(s) to be placed for FedEx collection and delivery at Campbell, California.  I am readily familiar with the firm's practice of collection and
3  processing correspondence for FedEx mailing.  Under that practice it would be deposited with the FedEx office on that same day with instructions for overnight delivery, fully prepaid, at
4  Campbell, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the FedEx delivery date is more than one day
5  after date of deposit with the local FedEx office, pursuant to this affidavit.

6
   [ ]     BY FACSIMILE  I caused the transmission of the foregoing document by facsimile to
7  the offices of the addressee(s), and such transmission was reported as complete and without error.
8
   [ ]     BY PERSONAL SERVICE  I personally served such envelope(s) of the addressee(s)
9  pursuant to CCP § 1011.

10       I declare that I am employed in the office of a member of the bar of this court at whose
11 direction the service was made.

12       I declare under penalty of perjury under the laws of the State of California that the
   foregoing is true and correct.  Executed on August 25, 2008, at Campbell, California.
13

14                                              /s/ Andrea Q. Rodriguez
                                                ANDREA Q. RODRIGUEZ
15

16
17
18
19
20
21
22
23
24
25
26
27
28

ADLESON, HESS & KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM

C 08-01771 RMW            CERTIFICATE OF SERVICE            PAGE 3