ADLESON, HESS & KELLY, APC
Phillip M. Adleson, Esq. (CSB# 69957)
padleson@ahk-law.com
Duane W. Shewaga, Esq. (CSB# 116837)
dshewaga@ahk-law.com
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250

Attorneys for Defendants
UTAH FINANCIAL, INC.
DAVID L. SMITH
WAYNE MORRISON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| RICK YU and SERLYN YU,<br><br>Plaintiffs,<br><br>vs.<br><br>UTAH FINANCIAL, INC., erroneously sued as a California corporation; GREENPOINT MORTGAGE FUNDING, INC.; DAVID L. SMITH, WAYNE MORRISON, et al.,<br><br>Defendants. | Case No. C 08-01771 RMW<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER DETERMINING GOOD FAITH OF SETTLEMENT**<br><br>Accompanying Documents: Application for Order Determining Good Faith of Settlement and Notice of Settlement; Declaration of Brendon Cassity |

The court finds that all notices required by law have been given on all parties to this action, and no notice of motion for hearing on the application has been filed with this court. The court therefore:

DETERMINES AND RULES that the settlement between plaintiffs RICK YU and SERLYN YU and defendants UTAH FINANCIAL, INC., DAVID L. SMITH AND WAYNE MORRISON effective August 11, 2008, attached as Exhibit "A" to defendants' Application, is in good faith under the standards set forth by the California Supreme Court in *Tech-Bilt, Inc. v. Woodward-Clyde & Associates* (1985) 38 Cal.3d 488, 213 Cal.Rptr. 256, 698 P.2d 159 and

ADLESON, HESS & KELLY, APC
577 Salmar Ave., 2D Fl.
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com
©ADLESON, HESS &

Case No.: C 08-01771 RMW   Application for Order Determining Good Faith of Settlement and Order   Page 1

within the meaning of California Code of Civil Procedure §§ 877 and 877.6 and applicable federal law, and shall have the effect under law as provided by those sections.

Dated: _____, 2008

_____
HONORABLE RONALD M. WHYTE
U.S. DISTRICT COURT JUDGE

Case No.: C 08-01771 RMW    Application for Order Determining Good Faith of Settlement and Order    Page 2

ADLESON, HESS
& KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM
©ADLESON, HESS &

# CERTIFICATION OF SERVICE BY CERTIFIED RETURN RECEIPT MAIL

I, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the within-entitled action. I am employed in Santa Clara County, California, with the law firm of ADLESON, HESS & KELLY, APC. My business address is 577 Salmar Avenue, Second Floor, Campbell, California, 95008.

On August 25, 2008, I served upon the interested party(ies) in the action the foregoing document described as:

**[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER DETERMINING GOOD FAITH OF SETTLEMENT**

[X]    By placing ____ the original  X  true copy(ies) thereof enclosed in sealed envelope(s) addressed to:

| | |
|---|---|
| Mark W. Good, Esq.<br>Summer J. Martin, Esq.<br>TERRA LAW, LLP<br>177 Park Avenue, 3rd Floor<br>San Jose, CA  95113<br>T: (408) 288-1200<br>F: (408) 998-4895 | **For Plaintiffs RICK YU and SERLYN YU** |
| Ron M. Arlas, Esq.<br>Ted Buell, Esq.<br>ARLAS & SMITHTON<br>100 Wood Hollow Drive<br>Novato, CA  94945<br>T: (415) 878-5390<br>F: (415) 878-3595<br>ron.arlas@greenpoint.com<br>ted.buell@greenpoint.com | **For Defendant GREEN POINT MORTGAGE** |

[X]    BY CERTIFIED RETURN RECEIPT MAIL  I deposited such envelope(s) with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at Campbell, California. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Campbell, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing, pursuant to this affidavit.

[X]    WITH CERTIFICATE OF MAILING  A certificate of mailing was obtained from the United States Post Office evidencing the mailing referenced above.

ADLESON, HESS & KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM

C 08-01771 RMW    CERTIFICATE OF SERVICE    PAGE 2

[ ]   BY FEDEX  I caused such envelope(s) to be placed for FedEx collection and delivery at Campbell, California.  I am readily familiar with the firm's practice of collection and processing correspondence for FedEx mailing.  Under that practice it would be deposited with the FedEx office on that same day with instructions for overnight delivery, fully prepaid, at Campbell, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the FedEx delivery date is more than one day after date of deposit with the local FedEx office, pursuant to this affidavit.

[ ]   BY FACSIMILE  I caused the transmission of the foregoing document by facsimile to the offices of the addressee(s), and such transmission was reported as complete and without error.

[ ]   BY PERSONAL SERVICE  I personally served such envelope(s) of the addressee(s) pursuant to CCP § 1011.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on August 25, 2008, at Campbell, California.

/s/ *Andrea Q. Rodriguez*
ANDREA Q. RODRIGUEZ

ADLESON, HESS & KELLY, APC
577 SALMAR AVE., 2D FL.
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM

C 08-01771 RMW                CERTIFICATE OF SERVICE                PAGE 3